AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Patrick Brown)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| IMOLEAYO SAMUEL AINA | ) | Case No.   23-mj-1689 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 3-4, 2023_____ in the county of _____Montgomery_____ in the _____Eastern_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1956(h) | Consp racy to comm t money  aunder ng |
| 18 U.S.C. § 2261A | Cyberstalking |
| 18 U.S.C. § 875(d) | Interstate threat to injure reputation |
| 18 U.S.C. § 880 | Receiving proceeds of extortion |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Jennifer Zenszer
*Complainant's signature*

Special Agent Jennifer Zenszer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   9/22/2023 at 10:22 a.m.

Lynne A. Sitarski
Digitally signed by Lynne A. Sitarski
Date: 2023.09.22 11:09:49 -04'00'

*Judge's signature*

City and state:   Philadelphia, PA

Hon. Lynne A. Sitarski, U.S.M.J.
*Printed name and title*