IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES
V.
SAMUEL OLASUNKANMI ABIODUN

Case NO 2:24-CR-00282

To the Honorable Judge Scott Reid:

I am sending this letter to the Court in order to notify this Court, along with the Probation Officer, that i did not have an opportunity to review my PSI with the Court-appointed Counsel, Mr Martir, and was unable to present my objections and preserve my right to any downward departure that may be warranted, namingly USSg 3B1.2. for mitigating Role

Respectfully Submitted

Samuel Olasunkanmi Abiodun
03-05-2025

Samuel Olasunkanmi Abiodun,
28197511.
FDc Philadelphia,
P.O. Box 562,
Philadelphia PA, 19105

PHILADELPHIA PA 190
7 MAR 2025 PM 5 L



RECEIVED
MAR 10 2025

The Clerk Of Court,
601 Market Street,
Philadelphia PA 19106.

19106-172999

