FDC Philadelphia,
P.O. Box 562
Philadelphia, P.A, 19105.

The Clerk Of the Court,
U.S. District Court,
601 Market Street,
Philadelphia, P.A, 19106.

UNITED STATES V SAMUEL OLASUNKANMI ABIODUN
CASE NUMBER: 2:24-Cr-00282-003

To the Honorable Judge SLOMSKY,

I am writing you with some concerns and issues that i am facing with my court case and my Court Appointed Counsel. On 23rd of december 2024 I appeared before your honor to plea guilty to the charges against me, and a date was scheduled for my sentencing which Mr Carlos Martir affirmed to me in the courtroom that very day that an earliest court date will be schedule that I should be calm and patient.

Ever since I had my interview with the Probation Officer, which my attorney was also present during the interview and promised to come and visit me again soon. I was unable to get in contact with Mr Carlos Martir to ask if an earliest date was schedule and to also ask him about the deportation process but Mr Carlos Martir was unavailable.

On 30th of March, days before the scheduled date for my sentencing hearing, Mr Carlos Martir came to see me and falsefully denied receiving all the calls, messages and mail i mailed to the address provided on the card he gave me, as he made

references to some of the concerns that I had in my correspondences to him. Then he informed me that he could not make it to my sentencing hearing, due to his ongoing trial case, but affirmed to me that he will call the Court's Clerk so they can postpone my sentencing hearing by two weeks or no longer than three weeks, because my jail credit while awaiting extradition in Nigeria Custody for 11 months count and that I will also be given time served because I already spent over 9 months in detention in the United State Custody. He said my guildline is 6-12 months which was also indicated in the PSR and I have been locked up for over 20 months already that he will talk to the Clerk so an earliest date may be schedule for my sentencing hearing, so i can go home to achieve my educational dream of becoming a Civil Engineer and also to assist my old and sick grandmother who lives alone.

Ever since then I have been trying to reach Mr. Carlos Martir to find out my new court date but all to no avail, and I subsequently learned from the Clerk of the Court that my new court date is June 10, 2025.

I am not a Citizen of the United States and I was advised that traditionally an inmate who has over his Guildline Sentenced time in, and was incarcerated, and his court delayed is entitled to be release on bond pending sentencing. Unfortunately, I cannot obtain this relief because I am not US citizen.

Your Honor, I have been incarcerated since September 4th, 2023 on these charges and my

Attorney is causing harm to me by not allowing the Court to render it's sentencing timely and also causing me to continue to rack up time that is far beyond the top of my sentencing recommendation, nearly doubled. I am a student in College and I am hoping to continue my studies of which now i am jeoparding my College educat because I am not being able to complete my studies due to my case been postponed.

    Your Honor, I humbly and respectfully request that the Court schedule a date for sentencing at it's earliest time available prior to June 10, 2025, so that I will not continue to serve time in Detention, when I have over sufficient time in for time served.

Yours Sincerely,<br>
Samuel Olasunkanmi Abiodun<br>
April 8th, 2025.<br>
Samuel

Samuel Olasunkanmi Abiodun
28197511
FDC Philadelphia
P.O. Box 562
Philadelphia, P.A, 19105

PHILADELPHIA PA 190
11 APR 2025 PM 5 L





RECEIVED
APR 1 4 2025

Judge Slomsky,
Clerk of Court,
U.S. District Court Philadelphia,
601 Market street,
Philadelphia, P.A 19106

19106-179699