IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-282 |
| AFEEZ OLATUNJI ADEWALE | : | |

## ORDER

AND NOW, this ____ day of May, 2025, upon the motion of the government to dismiss Counts Two, Three, and Four of the Indictment as to defendant Afeez Olatunji Adewale, the government's motion is hereby **GRANTED.**

BY THE COURT:

_____
**HONORABLE JOEL H. SLOMSKY**
**Judge, United States District Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-282 |
| AFEEZ OLATUNJI ADEWALE | : | |

### GOVERNMENT'S MOTION TO DISMISS COUNTS TWO, THREE, AND FOUR AS TO DEFENDANT ADEWALE

The government, through its attorneys, David Metcalf, United States Attorney, and Assistant United States Attorney Patrick Brown, respectfully moves to dismiss counts Two, Three, and Four of the Indictment in this matter as to defendant Afeez Olatunji Adewale. The government is currently seeking the extradition of defendant Adewale from Nigeria. Dismissal of these counts is in the interest of justice because it will streamline and expedite the extradition process. The government intends that defendant Adewale will be extradited on the two remaining charges, Count One (wire fraud in violation of 18 U.S.C. § 1343) and Count Eight (conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h)). Defendant Adewale has not made his

initial appearance in the United States and the government is not aware that he has counsel in the United States.

    Respectfully submitted,

    DAVID METCALF
    United States Attorney

    /s/ Patrick Brown
    PATRICK BROWN
    Assistant United States Attorney