IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

UNITED STATES

V.



SAMUEL OLASUNKANMI ABIODUN

CASE NO. 2:24-CR-00282-003

## NOTICE OF APPEAL

THE DEFENDANT HEREBY NOTIFIES THE CLERK OF COURT THAT HE INTENDS TO APPEAL THE JUDGMENT ENTERED BY THE DISTRICT COURT ON JUNE 10th, 2025.

RESPECTFULLY SUBMITTED,

DATED: JUNE 15, 2025     *Samuel O. Abiodun*

SAMUEL OLASUNKANMI ABIODUN
REGISTER # 28197511
FDC-PHILADELPHIA
P.O. BOX 562
PHILADELPHIA PA 19105

Samuel Adiodun #28197511
FDC- Philadelphia
P.O Box 562
Phila PA 19105

Clerk of Court-
US District Court. Eastern PA
601 Market Street
Philadelphia PA 19106

Mailed: June 17, 2025