IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO.  24-282 |
| IMOLEAYO SAMUEL AINA | : | |

**GOVERNMENT'S SENTENCING MEMORANDUM
AND MOTION FOR UPWARD DEPARTURE**

The United States of America, by its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Patrick Brown, Assistant United States Attorney, respectfully submits this sentencing memorandum for defendant Imoleayo Samuel Aina, which recommends a departure under USSG § 5K2.1 and a sentence of 72 months, above the guidelines range and at the top of the range agreed to by the parties under Rule 11(c)(1)(C).

**I.      INTRODUCTION AND PROCEDURAL HISTORY**

On January 4, 2023, a 20-year-old student at Kutztown University, Jack Sullivan, died by suicide.  Sullivan's death was the result of sextortion – a crime in which primarily West African perpetrators pose as young American women on social media sites, trick young American men into providing explicit photographs of themselves, and then blackmail the young men with the threat of releasing those photographs.  An extensive investigation by the FBI, the Abington Township Police Department, and Nigerian authorities identified a Nigerian national, defendant Imoleayo Samuel Aina, as the man who had posed as a young woman and relentlessly extorted Sullivan.

Information recovered from Aina's digital accounts and cellular telephones show that, over and over, for years, he posed as a female American college student, reaching out to multiple

potential victims in rapid succession, deceiving them into sending him explicit images of themselves, and using a standard sextortion script to extract as much money as possible from his victims.  Aina managed multiple false online personas, including "Alice Dave," "Alice Whisnant," and "Bethanie Tillie."

Aina was relentless: after Sullivan's death, Aina – still posing as a female senior from Sullivan's university – reached out to a number of Sullivan's contacts on Instagram.  Three of Sullivan's friends separately told Aina that Sullivan had died by suicide, with one even sending him a link to Sullivan's obituary.  Five hours after learning of Sullivan's death, Aina began extorting two more students from that university, as well as a student at a different school. Twelve hours after learning of Sullivan's death, Aina threatened to kill a victim's parents.  Two weeks after learning of Sullivan's death, Aina manipulated another victim by claiming that his fictional persona was suicidal, and would dive in front of a truck or drink poison.  A month after learning of Sullivan's death, Aina threatened to kill one of his victims in front of the victim's family, and also to kill the victim's family.  That same month, when a woman reached out to Aina and asked him to stop messaging her boyfriend, Aina (as "Alice Whisnant") replied, "Your bf love my red hair and I'm gon su*k his d* 🍆 and then im gon drink your tears 😂."[1]  Aina was finally arrested in Nigeria on September 14, 2023.  At the time of his arrest, his phone was logged into his "Alice Whisnant" Instagram account.  Five days earlier, he had attempted to sexually extort a high school student.

Aina was also sophisticated.  He covered his tracks by using technology which obscured his internet protocol address while committing his crimes.  He worked with co-defendant Samuel

---

[1] The last emoji used is the "Face with Tears of Joy" emoji, "used to express joy and the feeling of intense laughter." *Face with Tears of Joy Emoji*, WIKIPEDIA (Oct. 18, 2025), available at https://en.wikipedia.org/wiki/Face_with_Tears_of_Joy_emoji.

Olasunkanmi Abiodun to utilize intermediary cryptocurrency wallets to hide the routing of a Bitcoin extortion payment to Abiodun's account, while compensating Aina through mirror transactions using the Nigerian banking system.   And he worked with another co-defendant, Afeez Olatunji Adewale, to obtain compromised American financial account information and (again) use mirror transactions in the Nigerian banking system to hide the destination of extorted funds.  Chat transcripts recovered from Aina's phone show him instructing another individual on the technicalities of how to send text messages that would appear as more trustworthy blue iMessages on victims' phones.  Perhaps most disturbingly, Aina often communicated his threats by using graphics applications to superimpose victims' explicit images with images of the Instagram profiles of the victim's friends and family members.

Aina was identified by the FBI following a months-long investigation, arrested on September 14, 2023, charged in this District by complaint and warrant, and arrived in the United States on August 1, 2024 following extradition.  He was indicted on August 7, 2024 for wire fraud in violation of 18 U.S.C. § 1343 (Count 1); [2] cyberstalking resulting in death, in violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(1) (Count 5); interstate threat to injure reputation, in violation of 18 U.S.C. § 875(d) (Count 6); receiving proceeds of extortion, in violation of 18 U.S.C. § 880 (Count 7); and conspiracy to commit money laundering, in violation 18 U.S.C. § 1956(h) (Count 8).  On May 5, 2025, the defendant pled guilty to all counts against him pursuant to a plea agreement under Rule 11(c)(1)(C), providing for a sentence in the range of 52 to 72 months of imprisonment.

## II.    FACTUAL BACKGROUND

As set out in the sentencing memorandum regarding co-defendant Abiodun, financial

---

[2] Aina was initially charged with four counts of wire fraud; the government subsequently dismissed three of those counts to conform the charges to the extradition request to the government of Nigeria.

sextortion is "a global crisis" characterized by an "exponential increase" in incidents targeting young American men and boys.[3]  Research shows that this surge in sextortion "is directly linked to a distributed West African cybercriminal group called the Yahoo Boys."[4]  The nonprofit Network Contagion Research Institute's report on the group explains:

> The Yahoo Boys, nicknamed after their use of Yahoo.com emails to conduct phishing scams decades ago, are a distributed group of cybercriminals, mostly in Nigeria, who have been associated with many online scams. They are the original "Nigerian Princes", who have shifted in recent years to conduct elderly fraud, fake job scams, romance scams—and now the mass sexual extortion of children for profit. The Yahoo Boys are a major threat actor, actively targeting youth in the United States, Canada, United Kingdom, Australia, Europe, and elsewhere. The Yahoo Boys openly share their tactics and tradecraft among their social media networks, which has resulted in the alarming uptick in sextortion cases and subsequent suicides.

NCRI Report at 7.

Aina was a prolific actor in the mass sextortion ecosystem.  While his tactics varied, there appears to be a modus operandi to Aina's sextortion.  ***First***, Aina created an Instagram account using a photograph of an adult actress as his profile picture, and made connections with a number of individuals, often with a focus on specific institutions of higher education.  As a result of these connections, Aina's persona appeared to be part of the same community as his potential victims.  ***Second***, he reached out to potential victims via Instagram.  He would claim that he was a student at their school, discuss college majors, and then suggest moving the conversation to Snapchat – an application which famously allows users to send disappearing images.  ***Third***,

---

[3] *International Law Enforcement Agencies Issue Joint Warning about Global Financial Sextortion Crisis*, FBI (Feb. 7, 2023), available at https://www.fbi.gov/news/press-releases/international-law-enforcement-agencies-issue-joint-warning-about-global-financial-sextortion-crisis.

[4] Paul Raffille, et al., *A Digital Pandemic: Uncovering the Role of 'Yahoo Boys' in the Surge of Social Media-Enabled Financial Sextortion Targeting Minors*, NETWORK CONTAGION RESEARCH INSTITUTE (Jan. 30, 2024), available at https://networkcontagion.us/wp-content/uploads/Yahoo-Boys_1.2.24.pdf at 1 (hereinafter NCRI Report).

Aina would steer the conversation on Snapchat in a sexual direction, and suggest exchanging explicit photographs. If a victim agreed and sent the images, Aina would send some variation of a standard script:

> Hey I have ur nudes with your name on it and everything needed to ruin your life, i have screenshot all ur followers and tags and those that comment on ur post. I can send this nudes to everyone in your city include your school and your teammates till it go virals or send this all females on your list and your family and if u don't cooperate...all u have to do is to cooperate with me and i will not expose u ,if u block me i will ruin your life

He would then follow up with additional threats – that he would "expose you and ruin your career," "take it to your class and give it to bloggers and journalists," or "take it to your department and send it to everybody there." Aina intensified the emotional distress his victims felt by claiming that the release of such images would "go viral," "ruin your life," "you will get expel and you won't get a good job anymore," "your family will be ashamed of you," or "you and your family gone get ruined." **Fourth**, Aina demanded money through gift card payments, cryptocurrencies, or electronic payment services. **Fifth**, Aina ratcheted up the pressure. He threatened that a fictitious "journalist" and a fictitious "blogger" would release victim's images. He emailed one victim with the subject line, "[Victim's] DICKS GOING VIRAL," attaching both a snapshot of the victim's friends from Instagram and a recorded video of Aina scrolling through Snapchat and opening explicit videos sent by the victim one by one.

Aina's email accounts suggest that he engaged in a number of other fraudulent financial scams, in addition to sexual extortion. The Gmail accounts mailboxmailbox58 and mailboxmailbox660 – which he controlled – contain emails regarding employer payroll tax accounts from the California Employment Development Department; a Capital one credit card application; a Social Security Administration statement; a personal loan application from Wells

Fargo; a Paypal account; a Zelle account; a Singaporean cross-border payment institution; a

Canadian-based virtual private network which masks an internet user's internet protocol address;

the State of Illinois's secure identity platform; the State of Ohio's secure identity platform; the

Internal Revenue Service's secure identity platform; the American tax preparation services

TurboTax, TaxSlayer and FreeTaxUSA; onlinecheckwriter.com; an image of a check

purportedly from a Missouri resident's Bank of America account; and dozens of emails with

spoofed sender data fraudulently asking employers to update direct deposit information for

specific employees at a large number of companies.

Aina also engaged in longer-running efforts to extract money from his victims by

employing violence, romance, sympathy, and cruelty. Aina, using his persona "bethanietille03,"

alternately threatened and claimed to love one victim. On January 12, 2023, Aina, suggested that

individuals would come to that victim's home: "I only know what they're capable of doing when

they get to your house. And I know you won't want them to do that to your parent. FUCKING

SEND THE MONEY!!!!!!" On January 24, 2023, Aina wrote to that victim, "And since you

want to prove stubborn. Let's see how many bullets will go through your body… You have a

family and people who care about [y]ou … So don't risk your life." An hour later, Aina wrote

the victim, "I missed you [for real] and I really love you. And I'm serious about it." Twelve

hours after that, Aina's persona threatened to commit suicide:

> It's okay if you don't believe me coz I'm taking it to my grave
> Goodbye my love
> Hey
> Why do my suicidal attempts keep falling
> This is my third time this new year
> …
> I drank insecticide the first time
> Now everybody is taking that away from me
> Next time I will run into a moving truck with high speed
> Or find some po[is]on online and order it and take it

Then, on February 2, 2023, Aina reached out to the victim:

> Good morning babe
> Please I need your help
> My brother is sick and and he's is in the hospital can you please
> help me with 100 to pay his bills so he can get medication I will
> send it back on Saturday please you're the only one I have left to
> help me out
> Please my little brother … he's just 12
> Please
> He has this sickle cell illness from birth
> Please help me save him

On February 18, 2023, Aina returned to threatening violence against the same victim:

> This night can be cruel and bloody
> …
> see who will be died tonight in front of his family
> …
> my bro is not scared of jail.  He's fond of doing time.  While he
> goes to jail [y]ou will go to hell or heaven in your lonely casket
> …
> He will come out of jail then you won't come back from being
> dead so it's your loss.  Send the whole money.

The victim agreed to send Aina money three minutes later.  Five days after that, Aina wrote to

that same victim:

> I'm sorry baby
> Your little princess is sorry 🥺 🥺 😘 ❤️
> …
> And show me your dick I want to see my kings dick
> 

In short, Aina employed a host of strategies to weaponize his victims' emotional pain and extract

money from them.

## III.     SENTENCING CALCULATION

### A.     Statutory Maximum Sentence

The Court may impose the following statutory maximum sentences: Count One, wire

fraud: 20 years' imprisonment, three years' supervised release, a $250,000 fine, and a $100

special assessment; Count Five, cyberstalking resulting in death: life imprisonment, five years'

supervised release, a $250,000 fine, and a $100 special assessment; Count Six, interstate threat to

injure reputation: 2 years' imprisonment, one year supervised release, a $250,000 fine, and a

$100 special assessment; Count Seven, receiving proceeds of extortion: 3 years' imprisonment,

one year supervised release, a $250,000 fine, and a $100 special assessment; Count Eight, money

laundering conspiracy: 20 years' imprisonment, three years' supervised release, a $500,000 fine,

and a $100 special assessment.

In total, the defendant faces life imprisonment; 5 years' supervised release; a $2,250,000

fine; and an $800 special assessment. Full restitution of as much as $3,250 also may be ordered.

Forfeiture of any property, real or personal, involved in the violation of law and any such

property traceable to such property also may be ordered. The defendant shall be removed from

the United States at the conclusion of his sentence.

> **B.      Sentencing Guidelines Calculation**

The government has no objection to the guidelines as calculated in the Final Presentence

Investigation Report: a total offense level of 21 and a criminal history category of one, and a

guideline range of 37 to 46 months.  PSR ¶ 109.  The sentencing range in the parties' plea

agreement requires the Court to depart or vary upward, and the parties recommend a departure

under USSG § 5K2.1.  PSR ¶ 110.

## IV.    ANALYSIS

The Supreme Court has declared: "As a matter of administration and to secure

nationwide consistency, the Guidelines should be the starting point and the initial benchmark."

*Gall v. United States*, 552 U.S. 38, 49 (2007). "These requirements mean that '[i]n the usual

sentencing, . . . the judge will use the Guidelines range as the starting point in the analysis and impose a sentence within the range." *Peugh v. United States*, 569 U.S. 530, 542 (2013) (quoting *Freeman v. United States*, 1564 U.S. 522, 529 (2011) (plurality opinion) (ellipsis in original)). "Common sense indicates that in general, this system will steer district courts to more within-Guidelines sentences." *Peugh*, 569 U.S. at 531. "The federal system adopts procedural measures intended to make the Guidelines the lodestone of sentencing." *Id.*

In addition, this Court must also consider all of the sentencing considerations set forth in Section 3553(a). Those factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (3) the need to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant; (4) the need to provide the defendant with educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the guidelines and policy statements issued by the Sentencing Commission; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need to provide restitution to any victims of the offense. 18 U.S.C. § 3553(a).

In consideration of the Section 3553(a) factors discussed below, the Government respectfully requests that the Court impose a sentence substantially above the sentencing guidelines through an upward departure under USSG § 5K2.1.

A.    **An Upward Departure under USSG § 5K2.1 Is Warranted**

Aina's conduct resulted in Jack Sullivan's death.  Section 5K2.1 requires the Court to consider "the defendant's state of mind, and the degree of planning and preparation."  As further

described below, these factors warrant an upward departure.

**B.      The Section 3553(a) Factors**

**1.      The nature and circumstances of the offense and the seriousness of the offense, respect for the law, and just punishment**

Aina has pleaded guilty to elaborate wire fraud and money laundering schemes, as well as a threat to injure reputation and receiving proceeds of extortion.  But the most serious crime is Aina's relentless cyberstalking and harassment of Jack Sullivan that resulted in his death.  An upward departure under USSG § 5K2.1 is appropriate for that reason.

At about 9:00 p.m. on January 3, 2023, Aina – posing as a fictional Kutztown University student named Alice – contacted Sullivan through the social media application Instagram, and asked for his Snapchat account.  He provided it, and Aina – as "Alice" – messaged Sullivan on Snapchat less than two minutes later.  Via Snapchat, Aina induced Sullivan to generate sexually explicit images, pressed him for his home address by offering to meet him in person, and then blackmailed Sullivan by repeatedly threatening to disseminate those images unless Sullivan paid money.  Over the course of approximately 19 hours, Sullivan attempted to comply with Aina's relentless demands for money, which included requests to pay a fictional "blogger" and fictional "journalist" routed through M&T Bank, J.P. Morgan Chase, Zelle, Cash App, Bank of America, PayPal, Truist, and an Apple gift card.  The government has submitted the 246 pages of Snapchat messages to the Court separately, under seal.

By the afternoon of the next day, January 4, 2023, Sullivan had been locked out of his bank account and was becoming increasingly desperate in the face of Aina's demands for more and more money.  Sullivan had explained to Aina that he could not access his account, and Aina continued to pressure him to "open the account" and "fix the bank," while reminding Sullivan that he still had explicit images of Sullivan.  At about 3:47 p.m., Sullivan arrived at the rear

10

parking lot of the Bryner Chevrolet Dealership, located in Jenkintown, Pennsylvania on his

bicycle.  Sullivan parked his bicycle in the far northeast corner of the parking lot, paced near the

embankment of the train tracks next to the parking lot, and used his cell phone to message Aina.

At 3:50 p.m., Aina again demanded $500 for a fictional "blogger," and at 3:52 p.m. Sullivan

responded, "I don't even think I have enough for it."  At approximately 3:55 p.m., Sullivan ran

up the embankment and dove in front of a southbound SEPTA train.

   After Sullivan's death, Aina continued to attempt to extort Sullivan in all the ways he

knew to contact him.  Aina used the Gmail account AliceDave660 to send these text messages to

Sullivan's cell phone number:



Aina also sent two screenshots of explicit photographs of Sullivan superimposed against screenshots of the Instagram profiles of Sullivan's friends and relatives. Aina also emailed Sullivan, "Hey what's up [how you doing]. Reply me right now or else it going to boomerang and you won't expect less of the worse thing that will happen to you." And, between January 6, 2023 and January 11, 2023, Aina used a difficult-to-trace voice over internet protocol phone number to call Sullivan's cell phone six separate times.

Aina also used his Instagram persona to reach out to a number of Sullivan's friends, claiming to be a Kutztown University student from "Class 23." One friend told Aina that Sullivan had died by suicide and even sent Aina a link to Sullivan's online obituary, featuring a photograph of Sullivan and a date of death of January 4, 2023. Aina, as "Alice," responded, "Omg 😨" Aina reached out to another friend, "Hello please do you know Jack Sullivan?" That friend characterized Sullivan as "my best friend," and described his conversation with Sullivan's father regarding his son's death. Aina again responded, "Omg 😳" Aina messaged a third friend, claiming "He was my friend in School KU," and again responded "Omg" when he learned of Sullivan's death. But as described above, within five hours, Aina was back to using his Instagram account to try to extort additional students at Kutztown University, and another student at a different school.

On March 30, 2023, an undercover FBI employee reached out to the Snapchat account Aina had used to extort Sullivan. This interaction led to a Bitcoin payment the FBI was able to trace back to one of Aina's co-conspirators. But even in that interaction, Aina – as "Alice" – made up a story about how he had lent $1,000 to Sullivan which he needed for "my school bill," and later repeated his threat to "ruin [Sullivan's] life" after the undercover FBI employee mentioned that he knew about the extortion. Even after Aina – through co-conspirator Abiodun

– received a $90 Bitcoin payment, Aina responded, "it was 1000 he was suppose to send no 100 or 90 … Okay get more.  I will temporary delete.  It's temporary.  Get more even if it's up to 500 I will delete it permanently."  In short, Aina's extortion continued well after Sullivan's death.

### 2.    The history and characteristics of the defendant

The defendant characterizes himself as a microbiology student who "was self-employed in the music industry in Nigeria," earning $200-$300 per month.  PSR ¶¶ 98, 102.  In reality, he was a prolific scammer who flaunted the proceeds of his scams on social media:



As described above, the defendant was an experienced and relentless cybercriminal, and the government respectfully suggests that, against this background, a criminal history of zero totally fails to capture the defendant's record of past criminal conduct.

It is also relevant that Aina's operations were extremely complex and sophisticated.  He

utilized virtual private networks and multiple layers of false internet accounts to attempt to

prevent himself from being linked to his online persona, "Alice."  And he utilized a network of

co-conspirators, international mirror transactions, and intermediate cryptocurrency wallets to

hide his tracks.  Identifying Aina as the individual who extorted Sullivan and caused his death

required months of investigation and over a dozen grand jury subpoenas, § 2703(d) orders, and

search warrants.  But the totality of that investigation makes clear that Sullivan's death was not

some sort of isolated incident – it was the culmination of years of Aina terrorizing young men for

profit.  The fact that Aina went back to trying to extort students at Kutztown University within

five hours of learning of Sullivan's death provides the clearest evidence of the defendant's

history and characteristics.

### 3.        Deterrence and protection of the public

This is a case in which a young man, sitting at home, was targeted by a criminal on

another continent.  When Aina – as "Alice" – reached out to Jack Sullivan, Aina asked him "wyd

[what you doing]."  Sullivan replied, "Right now just chilling out reading a book I got for

Christmas."  Sullivan died 19 hours later.

The NCRI Report summarizes how prolific sextortion has become: the National Center

for Missing and Exploited Children "reported a 7,200% increase in financial sextortion targeting

children from 2021 to 2022," and the Director of the FBI has characterized sextortion as a

"global crisis that demands everyone's attention."  NCRI Report at 2.  The Report describes how

sextortion is exploding in popularity, with shocking numbers of victims:

> [I]n a 2018 nationwide survey in the United States, 5% of teens had
> reported being a victim of sextortion online. By the summer of 2023,
> 51% of Gen Z teens and young adults said they or their friends were
> catfished in online sextortion scams resulting in their intimate
> photos being used against them—and half (47%) of respondents said
> they or their friends had been targeted in the past 3 months.

NCRI Report at 3. These crimes are so popular because they pay well and are perceived as carrying little risk, propelled by a pervasive sense that foreign threat actors can scam Americans through the internet with near impunity.

Aina provides a good example of a criminal actor who was trying a large number of internet scams, and settled on sextortion. This is the relatively rare case in which an online scammer has been de-anonymized, identified, located within his home country, and extradited to face charges in the district where his victim resided. Such investigations consume huge amounts of time and resources. The sentence in this case will send a clear message – one way or the other – to individuals in other countries considering whether it is profitable and worth the risk to target young Americans online in this manner.

### 4. The need for training, medical care, or other correctional treatment

There is no need in this case to adjust the sentence in order "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner . . . ." § 3553(a)(2)(D). While serving an appropriate sentence, the defendant will have the opportunity to take advantage of educational or vocational training.

### 5. The guidelines and policy statements, and the need to avoid unwarranted sentencing disparities

This is the first case the government can identify in which a defendant has been charged with cyberstalking resulting in death under these circumstances. And as described above, this is a case in which a sentence based purely on the guidelines does not capture the nature of this crime, and a criminal history score of zero does not capture the nature of this defendant. For these reasons, and upward departure is appropriate to avoid unwarranted sentencing disparities.

**V.      CONCLUSION**

In sum, a careful consideration of all of the sentencing factors supports the imposition of

a 72-month sentence, which is significantly above the defendant's advisory guideline range.


Respectfully submitted,

DAVID METCALF
*United States Attorney*

 */s Patrick Brown*
PATRICK BROWN
*Assistant United States Attorney*


Dated: October 21, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this Sentencing Memorandum has been served on the Filing User

identified below through the Electronic Case Filing (ECF) system:


James McHugh, Esq.
Jeremy Isard, Esq.
Counsel for Defendant



*/s/ Patrick Brown*
PATRICK BROWN
Assistant United States Attorney