

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Patrick Brown* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8444* | *Suite 1250* |
| *Facsimile: (215) 861- 8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address: patrick.brown3@usdoj.gov* | *(215) 861-8200* |

October 22, 2025

Re:    *United States v. Imoleayo Samuel Aina*
            *Criminal No. 24-282*

Dear Judge Slomsky:

      Enclosed as Attachment A to this letter, please find a copy of the Victim Impact Statements relevant to the sentencing of defendant Imoleayo Samuel Aina.  These are the same statements submitted to the Court on June 2, 2025 for the sentencing of co-defendant Abiodun, with two additions: Jack Sullivan's parents have written an addendum to Statement 1, and family friends have provided an additional Statement 28.

Respectfully yours,

DAVID METCALF
*United States Attorney*

*/s/ Patrick Brown*

Patrick Brown
*Assistant United States Attorney*

cc: James McHugh, Esq. (w/encl)
    Jeremy Isard, Esq. (w/encl)

# Attachment A

# Victim Impact Statements

Unite States v. Aina et al.

24-cr-282

## Statement 1

### Jim and Kate Sullivan (Father and Mother)

Honorable Judge Slomsky:

We will start by saying that no words, not even the ones below, are adequate to express the depth of sorrow we feel at the loss of our son, Jack. To wake up every day and remember that he is gone. To witness the pain his siblings have had to endure.  To know that it is the direct result of these men's actions has done irreparable damage to us as a family.

Jack is the oldest of our four children.  He has two sisters (one, his twin) and a brother. Jack was so many wonderful things.  Kind, thoughtful, generous, sweet, creative and optimistic. He was ready with a smile and encouragement if he felt it could help you in any way.  You will have read that repeatedly in the statements family and friends sent on his behalf. He was always the first to cheer on a sibling or friend.

He had this ability, well beyond his years, to understand when someone needed a hand and then provide that support with total ease. As an example, he was given the Citizenship Award and Scholarship when graduating high school.  He graduated with nearly 700 students, this is quite a recognition of who Jack was.

He loved the outdoors, fishing and riding his bike.  Spending time with his friends. Reading, writing and watching movies and discussing them with his friends became his real passion in those last few years of his life. He was on this incredibly positive trajectory in school, socially and personally and it ended so abruptly.

Jack was like so many other kids today, very often scrolling through his phone, watching clips or messaging through the various apps and feeds.  Sadly, having lived through COVID as a junior and senior in high school, the phone or laptop were no longer nice accessories, they were essential equipment. Well, when you are approached, solicited and then exploited through that same device, it can feel like your entire world is watching.

At 5:45 on Wednesday January 4th, Jack's mother arrived at the scene of his death, thinking that he had lost his phone and went to see if she could find it.  Then being faced with the awful loss.  Each minute since has been some version of, "how did this happen?" or "Where are the kids and are they ok?". There will never be a day again like the days up to his death. That comfort and clarity is gone forever.

We are constantly wondering if we're supporting his three siblings properly. We'll just never know. It feels like walking across a mostly frozen pond wondering if / when the ice is going to crack and we all fall in.

As his parents, our sadness related to Jack's death is because he doesn't get to live the rest his life surrounded by friends and family.  He was robbed of his future by the greed of these men who worked in admitted coordination to shame and harass him and his family.

These two men (plus Adewale) are part of a group of criminals targeting vulnerable Americans with a variety of internet scams. Sextortion is simply the one Jack fell for. They make their money by creating a circumstance in which the victim is so embarrassed, so ashamed of what they've done they'll go to extreme lengths to hide it. They break their minds and exploit that trauma. There are apparently training videos available online in Nigeria instructing the tactics of acquiring the social media accounts, targeting the victims, the script to use and how to request and move the money digitally across multiple apps, services and currencies.  This is not an innocent prank. In his change of plea hearing, Abiodun admitted to having done these types of crimes in coordination with Aina and Adewale for several years. Jack was not their first victim.

The one thing a parent expects to be able to provide for their children is safety and security. Jack is one of hundreds of stories of kids who had that confidence in their family stripped from them by the very nature of this crime, and these men. They use their families against them and the closer they are to their families the more powerful the intimidation and extortion is…because they threaten and leverage us as well.

While grief has been our primary emotion these last 29 months, we recognize how fortunate we are for Jack's case to have been included with Operation Artemis. This was the joint operation between FBI, US Dept of Justice and Nigerian Law Enforcement (EFCC) to identify, incarcerate and extradite twenty-two perpetrators in Nigeria for the families of six or seven young men who lost their lives to this heinous crime.  There are many more victims and to date only three of the twenty-two men have been extradited.  There are people working hard to deliver justice and awareness around these issues. We are hopeful those efforts will result in further collaboration among the appropriate global law enforcement agencies to deliver justice to the scores, or hundreds of other families who have lost a child. According to the most recent statistics, the number of complaints and the dollars lost have doubled. These numbers only represent those reported. Considering this is a shame-based crime, it's reasonable to assume a great number do not report.

In each of their change of plea hearings, these two acknowledged they are highly educated people, Abiodun was in university studying Civil Engineering and Aina having earned a degree in Microbiology. This is interesting because it removes the stereotype of a young person

in the Nigerian ghetto with no way out being forced into this criminal activity. These men made the conscious decision to live this life, a decision resulting in our son's death.

We were pleased to hear you make clear in Aina's change of plea hearing that the guidelines are simply that, a guideline. That you are not bound by a strict adherence to them. We understand their purpose but have also been told several times that this prosecution and conviction is unprecedented. Our understanding is that the guidelines were written when the internet was in its infancy, and they did not consider a global organized crime that leveraged the flaws inherent in the social media platforms as well as expert use of global digital financial transaction applications. In that context, this is the first investigation leading to arrest, extradition and conviction for these crimes relating to a non-minor.

We spent the first 18 months or so of this investigation / capture and prosecution thinking a sentence commensurate with the death of a young adult would be likely. There has only been one office charged with determining Jack's manner of death, and when the Montgomery County medical examiner's office was presented the relevant evidence, they determined it as a Homicide, which is the act of one person causing the death of another. It's important that Jack's death is viewed in that context and not as a suicide because it was not. This was equivalent to sticking a gun to someone's head and walking them off the edge of a building. From the time of the first communication to when Jack lost his life, only eighteen hours had elapsed.  Eighteen hours filled with pure terror, shame.  They inflict constant harassment and intimidation to send more and more money.  After Jack was gone they continued to demand money from his family stating that he owed them money.

We then learned of the sentencing guidelines for the various charges these men have now pled guilty to, and that they potentially point to a crushingly short sentence.   We don't have a specific length of time that we'd ask for, just that it's meaningful in the full context of the horrible crime that was consciously committed in coordination with one another.

Thank you for your consideration of our words, thoughts and feelings in this very important precedent setting matter.

Sincerely,

Jim and Kate Sullivan

**<u>Addendum to Statement 1</u>**

**Jim and Kate Sullivan (Father and Mother)**

Honorable Judge Slomsky:

We wish to include this addendum with the statement we wrote, and delivered, prior to the sentencing for Mr. Abiodun in early June. Most of what needs to be said encompasses both of them but some of the details are specific to Mr. Aina and you deserve to hear them. I don't know how much of this will make it into Assistant US Attorney Brown's pleadings, but I want to make sure you do have access to it.

Jack had grown into a truly wonderful young man and was one of those people that you just knew is going do great things in the world. He relished the opportunities every day presented and loved his family and friends more than anything else. His death has left us all heartbroken, confused and angry. At our best, we can appreciate the short time we were able to spend with him. At our worst, the emotions are indescribable.

It took until 36 hours after Jack died for us to have his phone, with power. While we couldn't access the phone itself, there were three notifications on the locked screen. One was a text from a college roommate, one was a random phone number that I suspect was connected to Mr. Aina and one was a text indication from alicedave660@gmail.com, one of Mr. Aina's scam profile names. At this point we had no clue what Jack had been dealing with, so I emailed that address from my own personal Gmail account in hopes of communicating with his friends. I asked if they knew Jack and if so, could we speak. In moments he replied, "I can't speak but I can text" and "tell him reply [to] me if he doesn't want trouble". While it wasn't meant to do so, this threat is what opened our eyes to the concept of what happened to Jack. Naturally, we then looked at his bank account, which had been depleted. This communication and attempted extortion lasted for several days, including, threatening what he thought was Jack because we had moved Jack's SIM card to my phone in hopes of accessing it. His threats to Jack included demanding money and sending the pictures he was using to extort him. That image also included his Aunt's Instagram profile page in the background as a clear and undeniable threat to Jack's family.

What we don't know, and never will, is exactly what Mr. Aina said to Jack in any phone conversation they may have had. This is, after all, part of the Yahoo Boys playbook. To pressure and intimidate their victims to the breaking point of life or death. He made multiple phone calls to me in those months after he died.

On January 10th, 6 days after Jack's death, Mr. Aina sent the following message "a friend told me on Instagram that he killed himself. I told him that's not possible". "I had XXXX his high school mate told me he killed himself on the 4th". I'm not sure what his intentions could have been, but he sure didn't think he'd ever get caught and prosecuted. He continued to attempt

to extort and intimidate friends and family members for several months on various platforms. Once he realized Jack was dead he changed his story to say he had lent Jack money and needed us to pay him back. There are no lengths this horror of a person would not go to exploit a grieving family.  Claiming that our son owed him money when he knew that he was responsible for his death clearly shows him to have no conscience or care for the life of any of his victims. He would say anything for more money.  I believe that if released he would return to this way of life immediately.  Again, our son was not the only person that he was exploiting and extorting.

We understand how fortunate we are in obtaining some level of justice through the efforts of the FBI, US Attorney and this Court. We also understand that our case is unprecedented in that it's the first extradition and conviction for sextortion related crimes against a non-minor. This is incredible work, with many complications well beyond our comprehension. That said, we've come to learn there are untold numbers (potentially hundreds) of children and young adults that have died as a result of this crime. Experts agree that the majority of victims never report this crime due to the shame associated. While devastating to our family, it is our hope that the process we have gone through can serve as a beacon of light for those families hoping for arrest and conviction themselves.

We want to make it perfectly clear that AUSA Brown and the FBI Investigative team have been open and honest with us throughout this process. They have made their understandings and expectations perfectly clear. This includes giving us bad news when warranted (such as the disappointing sentencing guidelines for these charges) and telling us when they don't know an answer to a question.

When we discussed a potential C Plea agreement with them it was very difficult for us to process. How could this man, the person admitting to having intentionally performed all the actions that resulted in our sons death, receive just a few years in prison? They explained that these particular sentencing guidelines were created about 30 years ago, when the internet was in its infancy. As you know, they are located in the section on Domestic Violence and Stalking. I think we can agree that this crime is far from a domestic violence action. We have begun lobbying the responsible agencies in hopes of updating these guidelines to a more appropriate scale considering the following;

- The Transnational Organized Crime network (Yahoo Boys) these men are a part of,
- Their ability to exploit the failures built into the social media technology,
- Their training and expert use of the financial transaction platforms and,
- The hundreds of children and young adults that have fallen victim to this horrendous crime.

We strongly value your words and decision in Mr. Abiodun's sentencing. Your conviction in that case was commendable.  Respectfully, we feel these are valid reasons to re-evaluate the plea agreement currently in place. Thank you for the opportunity to participate in this process and for your consideration of our thoughts and feelings in the matter of our beloved son Jack's death.

Sincerely,

Jim and Kate Sullivan

**Statement 2**

**Avery Sullivan (Sister)**

To whom it may concern,

My name is Avery Sullivan; I am the younger sister to Jack Sullivan. His personality and essence is something that I, unfortunately cannot put into words. Since his passing, I have been unable to comprehend how this tragedy could have struck him. He was incredibly kind, generous, fun, caring, and everything anyone could have ever wanted from a brother.

Often, his memory escapes me, this is something I have been told is an unwanted side effect of the trauma myself and my family have been through with his loss. We will never be relieved of the pain his absence brings. The most common saying people give as advice is to think of and speak of the person you've lost. Without my memories I've tortured myself with insignificant details in an attempt to feel closer to him. How did his voice sound, his laugh? What was his favorite show, favorite music? What was he wearing? Did he still have his braces? What did we say the last time we spoke? These are all the questions I find myself asking frequently through my days. They leave me with a feeling of complete emptiness and guilt. Guilt that I am able to continue on in my life when Jack's was taken from him so soon. Guilt that I am unable to give his memory the recognition it deserves.

Two years since his passing means nothing when, just about every ten minutes since then, my mind drifts into despair that could only be filled by him texting us a picture of the fish he caught with his friends or pulling up outside on his bike. I then will find myself sitting alone in a place he never knew I would live, silently begging him to come back, even if it is just for a second.

There is no doubt in my mind that the other letters have already given you an idea of the person that Jack was. He was the kind of person that everyone wanted to be around, he made everyone feel welcome and heard. His loss has put a gaping hole in my heart and mind that will never be full. Only feelings of guilt and heartbreak remain, a fact that anyone of these letters will prove.

4

When we lost Jack, I was 17 and a senior in high school. I had no idea what was ahead of me, with or without his loss. One week from today I will be 20, the same age as Jack was when he was stolen from us and this world prematurely. This date, while ultimately insignificant, brings dread and guilt to me for reasons I wish I could comprehend. I still wonder about my future, what my job will be, where I'll live, who I'll marry, who my friends will be. All of these unanswered questions remain every day, Jack deserved to be able to stay and find them out for himself. He was deserving of a long and fulfilling life. A life was stolen from him by these men, who had no regard for the pain they were causing. They took everything from my brother, his money, privacy, feeling of safety, and ultimately his life. They took everything from Jack just to make some money. His life was worth so much more than $3,000, more than only a few months in prison. In the two years since his passing, I have not gone a day without wishing for his return, ultimately begging for just a sign that he is safe and happy elsewhere.

You have an opportunity to bring justice not only to us, but to give hope to the other families who have had a loved one killed in a case similar to this one. I beg that you take it, and give these men a sentence fitting to what they have done to Jack and all of us who have had the honor of knowing and loving him.

Avery Sullivan

Sister

5

## Statement 3

### Cade Sullivan (Brother)

Hi Judge my name is Cade, I am Jack Sullivans youngest brother. I shared a room with Jack throughout my entire childhood, and since he left us, being at home has been much more quiet.

Jack was always an outdoorsman and constantly had something new to talk about once he got home. We don't have that anymore. I was 16 and a sophomore when he passed, and it still doesn't feel anything close to normal. It makes me upset every time I look up from my bed across the room and don't see him but just the same made bed for 2 years.

Jack didn't deserve anything like this at all and the terrible people who did this deserve a whole lot more than a few years in prison. They murdered my brother for his money and to think they even could get off easy isn't fair to me, or anybody who was a family member or friend of Jacks. He was stolen from all of us for no good reason and now we must deal with the consequences and guilt. I hope those men never stop thinking about him and continue to ask themselves why they did that. I hope that they give them a long time to think about what they have done wrong in jail, at least as long as my brothers' short 20 years on earth.

Judge, I hope you can make the right decision to provide my family with something more than a short sentence. Deaths like Jacks are happening all over the world and to give all of those helpless families some hope for the justice of their children, including mine would mean the world to us.

Cade

**Statement 4**

**Kyleigh Sullivan (Twin Sister)**

To whom it may concern,

I am Kyleigh Sullivan, Jack Sullivan's twin sister. I'd never lived a minute of my life without him until January 4, 2023. The time since then has been filled with grief and loss that is unimaginable for our family. I was about to begin the second semester of my sophomore year at the College of Charleston in Charleston, South Carolina. I had to make decisions about continuing my education in the wake of my brother's death with no time to grieve. I decided to take the semester off from the significant workload that I usually take on. This put me behind in my studies and made my junior year, when I returned, significantly more stressful. At this time, we did not understand the extent of the crime surrounding his death and had no idea how long we would be fighting for justice. Being so far away from my family when the reality of the crimes was revealed, and these men were taken into custody impacted me greatly. I had to process this on my own while continuing to keep up with my significant workload.

A loss like this is not something I thought I would experience so soon in my life. We'd spent the first 36 hours after his death thinking that we had done something terribly wrong to make him believe that he wasn't enough or that we didn't love him. In reality, he had been deliberately attacked and made to think that his life was over if he didn't comply with these men. We will always wish we had done more for him, regretting that we hadn't noticed any signs of distress. I think about Jack every day, about the things I wish I had said and will never get the chance to. I have to live the rest of my life missing him, passing through milestones without the brother I thought would always be at my side.

From what I have heard, the nature of these specific crimes is unprecedented, and very few perpetrators have been brought before a judge. The current sentencing guidelines do not reflect how these crimes led to the abrupt end of Jack's life and how they have impacted our family in the aftermath. This is an opportunity to change how these crimes are sentenced.

Thank you for reading our stories and concerns and taking them into account when making judgments in Jack's case.

7

Kyleigh Sullivan

Sister

**<u>Statement 5</u>**

**Jim and Katie Sullivan (Grandmother and Grandfather)**

Gentle, never pushing or complaining, Jack brought a smile to our face every time he walked through the door.

By visiting the shame on him that they did, they put a gun to his head and pulled the trigger. Which they surely knew - they knew their leverage.

Mom and Dad will live with this murder forever, the pain does not disappear but moves from sharp to dull with each passing remembrance of their beautiful young boy. Young enough to be terrified out of talking to them when he needed them the most.

Granny and Pop

Jack's Paternal Grandparents

**Statement 6**

**Susan Adams (Friend's Mother)**

**Letter to Jack Sullivan's Mother, Kate Sullivan**

Dear Kate,

You and your family have been on my heart and I just had to tell you how much your son, Jack means to us – life is a difficult journey for so many – I've found my faith to one of the greatest gifts instilled in me as a young child...I've tried to instill this faith in my children and to inspire them to be empathetic towards others no matter what the circumstance.

I think beck to when we found out our son Michael was not developmentally "typical" and had no idea what to expect for his future.

We were always shown the way, through the kindness of others. Years of therapies; physical, occupational, speech and behavioral therapies worked their "magic" but the prayers of so many were what truly made the difference – for this I have no doubt. Watching your child suffer is one of the hardest things to witness. I saw this over the years when watching how cruel some kids can be to other children. It's heartbreaking to think they've never been shown a better way or maybe they are too broken themselves to see the damage their actions and words have on another soul. Or, they just don't care. In any event, I've learned that praying for those without faith makes my faith stronger. Our faith brought us through many dark moments, and we've been blessed beyond our expectations.

I was nervous sending Michael to Kutztown – knowing that he just wanted to "fit in" and be a part of something new – I released him. It was very hard to let go – especially when he called me in tears. He knew it would be okay – but it was still hard. It was Jack who saw his sadness and always asked "how can I help" – "do you want to talk about it". Jack was Michael's "light of hope". We all need that in darkness – I am certain there are thousands of us who have been touched by Jack's beauty and warmth – he will live on through us – I know my life was enriched with hope just because he came into our lives when we needed him most. A true blessing – a gift from God.

10

You're going through an unimaginable loss – I pray everyday for God's Healing Love to be with you – to comfort you and collect your tears. I envision a place in heaven – filled with Angels – and I see your precious child – smiling – filled with love and light – and peace. A peace this world cannot give…

Please keep in touch and know you are loved!

Susan Adams - Jack's college roommate's Mother

## Statement 7
**Nancy Alcorn (Aunt)**

To say that Jack Sullivan was a nice kid is an understatement. He was goodness personified-gentle, engaging, genuine, caring. He enjoyed being outdoors, fishing, biking and walking his dog, Finn. He was always the first to stand up and greet you when you walked in the room and always had a warm smile and hug no matter if you were visiting for a special occasion or stopping by for a moment. He was the boy other parents wished their child would emulate-hard working, determined, seemingly unaware or uninterested in all the social pressures and traps like drinking alcohol, smoking or striving to get followers on social media. Whether employed as a lifeguard for the township or at the local grocery store, he was on time, willing to work extra shifts and courteous and respectful to both coworkers and consumers. He enjoyed simple things, had nice friends and was never in trouble. Most, if not all of these wonderful qualities can be attributed to the fact that Jack was fortunate to be brought up in a loving home where his parents and 3 siblings were involved and interested in his life. As a family, they would often be found-all 6 AND the dog, taking a walk through the neighborhood or curled up together on the couch watching a golf tournament, a movie or TV sitcom. In this day and age, it might seem unbelievable, but truly, this family was close and enjoyed each other's company. Because they were so close, you can imagine the disbelief and shock that ensued when this wonderful family learned that their beautiful son had lost his life so tragically.

Since Jack's passing, the life of the Sullivan family and the lives of their extended family, friends and community have been irreparably changed. This picture-perfect family has spiraled through immense grief to try to understand the circumstances surrounding Jack's death. The suffering of these parents, is without measure. Imagine the burden of trying to understand why such a beloved son could take his own life, especially in the setting of such a seemingly close relationship. The immediate and frantic search for clues and insight into such a tragedy, and the heartbreak of parents who were blindsided by the tremendous void that his absence created is unimaginable.

In the time since Jack's death, much information has been brought to light that has clearly demonstrated that Jack did not in fact take his own life, but rather, that it was taken from him by sinister and evil actors who prey on vulnerable people in order to gain financial rewards. Using the powerful motivator of fear, these predators levied such a strategically persistent attack on Jack via email and texting, that within 18 hours he felt that he had no other option but to end the assault in the most tragic way possible. The attacker's assault included references to knowing where he lived, who his contacts were and intimating that they would unleash a smear campaign that would result in humiliation to him and all of those that he loved. Rather than endure this and have his family and friends endure this, he made a decision that was literally thrust upon him and encouraged by these evil people.

Today we come together as a family and community that continues to grieve the loss of such a young, promising life, but also as a society that is determined to make a change to protect the life of not just the young but that of all citizens that are clearly vulnerable to the evil that lurks just beyond the keyboard or phone pad. Technology can be, and has been shown to be, in many cases, an amazing tool that serves as a catalyst to opening accessibility to incredible resources, communications, and breathtaking regions of the universe. This technology, however, has also been shown to be an effective and terrifying way to manipulate and stalk the normal, everyday person. We, as a society, welcome this technology. If used for good, our nation and our world can thrive. But if used for bad, we run the risk of tremendous loss and chaos. I ask you as a person of this great country, please make decisions that will protect our citizens from this horrible and heinous activity. We need precedents and laws that serve as deterrents to these many predators.

Today, Jack's absence continues to permeate all aspects of both family and community life. My elderly mother is afraid to answer phone calls or any texts or emails for fear that she too will fall victim to a crime. Jack's family struggles each day to move forward amidst all of the memories and reminders of his once sweet and lively presence. Our community is slowly evolving to more fervently embracing parental phone checks, limiting screen time and accessibility to public domains and online chat rooms, but information and technological safeguards are slow to evolve. As a parent there is nothing more terrifying and heartbreaking to me than the fact that I am unable to protect my child from a predator, even as they sit next to me

13

in my very own home. This plea and letter is not about revenge or rage but about justice and common-sense lawmaking to protect not just those perceived as vulnerable, but the real and whole population that is actually in danger every single day. Please help Jack's death not to have been in vain. Remembering Jack through petitioning for legislation that can prevent further heartbreak to others is our mission and hope.

Thank You,

Nancy Alcorn, Jack's Aunt

**Statement 8**

**John Alcorn (Uncle)**

My name is John Alcorn. Jack Sullivan was my nephew and was one of the most genuine and caring individuals you could ever meet. Due to the cruel and heartless actions of Mr. Aina, Mr. Abiodun and their heartless accomplices, Jack's life and his entire future was tragically taken away from him and overwhelmed his family with an unfathomable loss that will never be restored.

Simply put, Jack loved people and loved interacting with anyone willing to have a meaningful and honest conversation. Throughout his life, Jack made friends wherever he went and pulled people together who might not otherwise feel comfortable in a group setting. This was never more apparent as he entered his college years with all the excitement and intrigue of graduating with an Environmental Science degree at Kutztown. Jack immediately connected with others at school and before you knew it was part of a great group of friends who looked forward to hanging around with each other and being lifelong friends. Jack's love for people and his willingness to interact with anyone who was looking for some companionship really helped to keep this group connected.

Unfortunately, these qualities also lend themself to being taken advantage of, and preyed upon, by deceitful and ruthless gangs looking to extort money from innocent and good people. And Jack immediately fell prey to these intentionally fabricated advances to trick someone into a vulnerable state of mind. And when the extortionist and his cohorts realized they had another naïve and trusting person in their trap, they turned the psychological exploitation to whatever level they needed to go without any feeling of guilt or empathy toward Jack. Jack was tricked, then extorted thousands of dollars and then, ultimately, tortured to a point where he took his own life.

The ultimate victim in this scam was Jack because he was too trusting of an individual. He paid with his own life and there is nothing worse, but the impact that this heartless organization reeks on Jack's mother and father, his twin sister, and 2 younger sisters and brother is unfathomable as well and can never be repaid. The loss of income due to not being able to go

15

to work while they grieve for their own son and work with the FBI and local investigators was significant. Plus, the medical expenses for ongoing therapy sessions.

Jack will never be able to go fishing, or ride his bike with his friends, or achieve his true potential in life because of this awful group of soulless individuals whose only goal is to extort money and treasure from innocent people. It's pure evil and needs to be punished. It is my request that this court imposes the maximum allowable penalty on both Aina and Abiodun in hopes that these hurtful, heartless gangs can never steal another person's life like they did Jack's.

John Alcorn

## **Statement 9**
### **Katrina Sullivan (Aunt)**

Knowing Jack was a gift to everyone close to him. He wasn't like most people. He was really so much better than most people.

From the youngest age, Jack was gentle and sweet and kind and caring. He was first born and was always a caretaker of younger kids or kids who needed a little extra help. He didn't like to compete because he didn't want anyone to lose, ever. He was sensitive to people around him and so helpful. There was never a time when Jack refused a request to help. He was always ready to be there if needed and without any hesitation or prodding required.

He never wanted to hurt anyone and always wanted everyone to feel included.

His loss to our family is indescribable. His parents and siblings miss the opportunity to watch him find his place in the world and thrive. His younger cousins miss out on his example and his guidance. We will all miss out on watching him go out and make the world a better place.

With love,

Katrina Sullivan

Jack's Aunt and Godmother

17

**Statement 10**

**Michael Sullivan (Uncle)**

I write to you today on behalf of my beloved nephew, Jack, whose life was tragically cut short two years ago. Jack was not just a name or a statistic; he was a vibrant, curious, and gentle soul who touched the lives of everyone around him.

Jack's presence in our family always brought warmth and joy.  As one of the oldest grandchildren, he set an example for his cousins and siblings, along with his twin sister Kyleigh.

His absence has left an irreplaceable void in our lives, a constant reminder of the future that was stolen from him and from us.

Jack's helpful nature was one of his most endearing qualities. Jack was always ready to lend a hand. He had a unique ability to make everyone around him feel valued and supported. I recall with fondness the time Jack visited us in Australia. Despite the geographical distance, he seamlessly fit into our family dynamic, as if he had always been there. His interaction with my children, especially my oldest son Raff, was truly heartwarming. Jack took genuine interest in Raff's hobbies, patiently teaching him how to throw a frisbee and setting up games that brought laughter and joy to our home.

Jack's love for the outdoors was evident in his passion for fishing. He found peace by the water, appreciating the beauty of nature and the simple pleasures of life. His gentle demeanor extended to his love for animals, particularly his loyal dog who now misses his kind master.  Most of all In my experience of Jack he especially loved being with his family.  His parents, siblings, aunts, uncles, and cousins.  He was a caring soul who had good family values instilled in him, and he lived those.

The void left by Jack's absence is profound. My parents, Jack's grandparents, have been robbed of the joy of seeing their grandson grow into adulthood. My sisters and I are the same.  Most importantly, his parents and siblings now have a hole in their heart that can't be fully repaired.

18

Your Honour, the people responsible for Jack's homicide not only ended a promising young life but also shattered the hearts of an entire family.

We ask that in your deliberations you consider the immeasurable loss we have suffered and continue to endure every day. Jack's memory lives on in our hearts, inspiring us to live with the kindness and curiosity for life that he exemplified. We can only hope that justice will be served, not just for Jack, but for all those who have been victims of such senseless crimes.

Thank you for allowing me to share a glimpse of the wonderful person Jack was and the profound impact his loss has had on our family."

Michael Sullivan

Jack's Uncle and Godfather

**<u>Statement 11</u>**

**Amy Coffey (Aunt)**

What a difficult task to try to put into words the impact that a human being had on the people around him. Jack Sullivan was the best of all of us—kind beyond words, earnest, sweet, wearing his heart on his sleeve. He tread lightly on this earth. He loved dogs with all his heart, trumped only by his love for his family. He was not capable of hurting anyone. If anyone wanted to make the world a better place, they could start with Jack as an example. In the days leading up to his death, Jack was the happiest I've seen him. A young man growing into himself. He was excited about his job working in the residence hall at Kutztown and enjoyed the idea of meeting new people. He had found a group of friends that he connected with and was just embarking on the world. Jack's death is a never-ending heartache for our family. A living nightmare with the most tragic consequence you could ever imagine. His parents will never be the same again, robbed of the chance to watch their child grow into an adult with passion and dreams and purpose. Forever questioning how they could have prevented this from happening. His siblings will live in two worlds forever, life with Jack and life without him. His grandparents, aunts, uncles and cousins mourn his death and also grieve for their family members who will never get back this special person. Like a bad dream that never goes away, we will all be trying to make sense of this senseless act forever.

Amy Coffey

Jack's Aunt

20

## Statement 12
### Teri Nevis (Aunt)

To me Jack was truly a beautiful and genuine person with a huge heart. He was kind, smart, hardworking, helpful and by all accounts a wonderful friend. Sweet and thoughtful, Jack was a special person who made time for others and went out of his way to engage with people. When we lost Jack, he was just coming into his own. His Mom tells me he was thriving in school, had a great group of friends and was excited about life.

We have a hole in our lives and hearts without Jack. You do not recover from losing a child, a sibling, a nephew, a grandson, or a cousin. You just have to figure out how to move forward breath by breath, step by step, day by day. But this is a very long road with constant sadness, fear, difficulty eating and sleeping, the inability to focus and live life as we did before, and a feeling of guilt for laughing or enjoying anything. Sometimes you even question your faith. We constantly think about Jack and all the "what if's". Of his life taken away so mindlessly by these predators with no conscience, no humanity, no regard for Jack's life and all the other people they extorted.

Jack's homicide is crushing to our family. He was stolen from us. The tears come often and fierce. There is a lot of anxiety and fear about this happening to other people that we love. It seems impossible that this crime can continue to occur, that we as a society with all of our technological advances cannot stop this in order to protect innocent people from falling victim to this heinous crime.

It is gut wrenching to think of Jack's state of mind in the last few hours of his life, yet it is impossible not to. The onslaught of pressure, manipulation, the threats to him and his family, and the malicious encouragement for him to take his life. Distraught, distress, despair, and fear for his family's safety. So completely overwhelmed that he couldn't think. Jack was robbed of his future, robbed of becoming the wonderful man we all knew he would be.

Even if you think about how you would feel if someone did this to your loved one, you cannot understand the grief, the emptiness, and the desperation to have Jack back knowing that it is impossible. The loss of a beautiful and very loved person all for a few bucks. It was a monstrous and cruel act.

I write these words given my own experience, but they cannot even come close to the profound and irreversible sorrow felt by Jack's Mom, Jack's Dad and Jack's siblings. It is devastating for them. They experience nightmares, forgetfulness, physical, mental and emotional despair, panic attacks and reclusiveness. I would like to share some of the heartrending statements from my sister:

- "It's so heartbreaking I can barely breathe."
- "It's just so painful. I'm crying all the time and trying to hold it together for the kids."
- "I'm afraid he's not safe and that he's afraid and alone."
- "We are heartbroken and exhausted."
- "How I wish he was packing up his fishing gear right now and coming home for dinner."
- " I took a nap in Jack's bed so I could try to feel close to him."
- "I don't want to see or talk to anyone so I don't go out."

Jack's murder has forever changed the lives of all those who loved him. He is severely missed and will forever be loved. His memory is a blessing.

Thank you for your consideration.

Sincerely,

Teri Nevis (Jack's maternal aunt)

**Statement 13**

**Therese Coleman (Friend)**

I met Jack freshman year, the first few days of college. I was sitting in the dining hall, with people I had just met, and Jack sat next to me. He was so kind, asking me questions about myself. Then sophomore year, he moved into the apartment with all of my guy friends. Over that semester, I talked to him more and saw his personality shine through. He had this natural ability to make everyone around him laugh, to lift their spirits with just a few words. He knew exactly what to say to change someone's mood and give them a fresh perspective. Since we both spent time in the science building, he always went out of his way to say hi to me between classes. Without fail, this brightened my day, leaving me feeling better and ready to tackle the rest of my classes.

I was at work when I received the call about Jack's death. Confusion ran through me, and I was unable to comprehend the news. Jack was the first person in my immediate life that I experienced their life, death, and funeral. A large church packed with the people who loved, and continue to love jack, there to honor the amazing life he lived. Since his death, I have had his obituary pinned at the top of my safari app on my phone, a constant reminder of my friend. After his death, our friend group at school felt emptier, there wasn't someone there who always had the right jokes or someone to nerd out with.

Every "Friendsgiving" felt emptier, especially as we raise our annual toast in his honor. As I walk to the library during the semester, I look at the tree that was planted in his honor, as I walk through the science building, I think of all the smiles and waves from him, and every time I'm at the dining hall I think about the first time we met.

Therese Coleman

College Friend

**Statement 14**

**Asa Burkholder (College Roommate)**

I met Jack the week before our freshman year started during the Success Academy program that our university held for the incoming freshmen. He and a few others that I've gotten close with were all sitting in the front table of the first success academy activity, bingo night. Jack foresaw the chaos that bingo would bring upon everyone else. At first we were all new to each other, but as that night went on it was as if we had all known each other our whole lives. Fast forward throughout the year, a few of us made a game out of who saw Jack recently. He was like a rare sighting for us, and whenever we did see Jack, we would make a big commotion out of it.

Whenever I'd run into him, I would state that he's like a ninja or a ghost or something that's invisible to the human eye, he would then reply that he's all of those things and then laugh as he watched me go into shock from his answer.

During the late nights of our freshman year a few of us from different dorms would go down to the south dining hall for late nite pizza/bites, and some of those nights I would reach out to him to see if he would like to join us for not so good pizza. Sometimes he would respond yes, and within a minute he would be down in the dining hall with a slice of pizza. We would then critique the pizza, most of the time we conclude that it was bad pizza. He was always happy when we saw him, even if it was for a quick moment. He got excited when I asked him if he would be down to room with five of us in one of the on-campus apartments for sophomore year, and we were glad that he said yes.

Throughout last semester, I've gotten to know Jack a whole lot more. He was a selfless person, always thinking of others before him. In the early weeks of the fall semester, he had accidentally stained one of our plastic bowls with pasta sauce, and when I was putting dishes away I saw this random green plastic bowl and asked whose bowl this is. Jack answered with the fact that he felt bad about staining one of the bowls, and didn't want to stain any other bowls. I told him that I didn't care that he stained one of the bowls and if we somehow mess up the rest of

the bowls I'll just tell my grandma and she'll be willing to buy us more. He understood that, but he kept on using that green bowl of his.

I also didn't know that Jack was such a movie guy. He was the one who thought of the idea of watching horror movies throughout October to get into spirit. After any movie we would watch, mostly live action, a few of us would critique the movie on how it had both good and bad attributes in the film. Jack would give his feedback on how he would have shot a scene differently or have the story go in a different direction. For someone who was majoring in geography, he knew the layout of cinema and could have gotten a job as a director, producer, or scriptwriter, this coming from me, who is actually studying cinema and acting, is a high complement. Jack, Zak, and I decided to celebrate my birthday by binging horror movies for a whole day. I believe our favorite movie we watched was Sharks of The Corn. Even though it was completely horrible in every single way, it was the movie we talked about the most. That was honestly one of my favorite birthday celebrations I've had, and I'm glad I was able to celebrate it with Jack.

Even though Jack isn't here with us, his spirit and well-being, along with the memories we have of him will live on through us forever.

Asa Burkholder - College Roommate

**Statement 15**
**Mitchell Rogers (Friend)**

Jack was one of the first people that I met at Kutztown University. I was an out of state student and was grateful to make friends before classes had started. The two of us, along with most of our friends, had been there for a program to help us get adjusted to the layout of the university and make use of all the resources available. We would do everything together, play games, grab food, go into town, and go to every activity in a big cluster. Whenever we would do a head count, we would always be one off, as Jack would like to leave lunch or dinner early to enjoy the weather and go for a nice long walk. By the time we got to wherever we needed to, he would be there waving us over to a table he reserved. As our time in our freshman year had progressed, I had been in a really rough place due to many family challenges. Jack and everyone else checked in on me and always offered our group hangouts to be a safe space to talk about anything.

During our sophomore year, I really learned how alike we were. Jack told me how important family was to him, especially being a twin and having other siblings. This got us talking about our relationships with our twins and how it gave us different perspectives on life than others may have. We shared opinions on movies and serialized shows, which made talking about theories or opinions fun. Jack and some of the other guys were binging Game of Thrones, while explaining to me that there are some movies they wanted me to see as "They were so bad, that you can have a great time laughing at how serious the film takes itself". Every time I went over to the guys' apartment, I always felt sad that I was living in a different building and working as an RA; Jack always made me feel like I hadn't missed a thing and was happy that I came over. There were some nights where we'd play board games and talk about all sorts of things at three in the morning, with the consensus being that a willingness to converse about topics and different thoughts/feelings/opinions is the easiest way to make a point without discrediting others. That concept has stuck with me ever since thanks to Jack.

Once December rolled around, Jack was one of the first people to approach me and ask if I would be his roommate for Junior year in an apartment, which I said yes immediately. We were excited to finally have the guys in our friend group under one roof and grow closer. Right before break I had said goodbye to Jack and told him I was excited because our whole group was to have a get together. That was the last time I saw Jack alive. When I got the call that Jack had taken his life, I was in shock and was crying the whole day. I called my mom, who had just left for work and my dad drove home to be with me for the rest of the day. From that day onward, I have been reminded over and over again that you are not supposed to lose friends at my age. I was heartbroken to finally meet Jack's family at his funeral; it was clear how loved he was and how much love he had in his heart.

I speak for everyone in our friend group when I say we miss Jack every day. We all keep our photo from a Friendsgivng in our apartment to still have him close by. I talk to a tree at KU that was dedicated to him about twice a week; I ask how he is doing, what's been going on with the group, and that I wish he was here. Now we are all seniors, getting ready to start the next chapter in our lives. I struggle with the idea that one of us didn't get to see the end of the work they put in and the future our friendship would see.

Mitchell Rogers – College Friend

**Statement 16**

**Sarah Colosono (Friend)**

Dear distinguished ladies and gentlemen of the courtroom and judge,

My name is Sarah Colosono. I am a senior Elementary Education major at Kutztown University, where I first met Jack Sullivan in my freshman year. When I first got to KU, I was reluctant to be so far from home being an out of state student, but I quickly met a solid group of friends who made living away bearable and eventually my second family formed.

While Jack and I were not quite close in our freshman year, we became closer as sophomores. Growing up, celebrating holidays as a family was and still is one of the most important things in life to me, so I made sure to make this a new tradition with my found family. Every year at Christmas time, each member of our group draws names in a Secret Santa gift exchange. Sophomore year was the first time we really emphasized the celebration, and Jack was eager to celebrate. On Saturday December 4, 2022, we celebrated our first annual "Friendsgiving" as a family. We gathered around a long table, ate the potluck dinner, drank some drinks, and shared a lot of laughs. Before we dug in, our dear friend Gavin gave a speech and thanked everyone for coming and gathering and we made sure to get a picture and thank god we did. This picture has remained in a rotation of other favorite photos on the lock screen of my phone since that day.

Just a week later, on the 11th, myself and my roommates headed up to the guys apartment to hang out one last time as a whole group before we left for winter break. We stayed up until about 4 or 5 in the morning, swapping never-before heard stories and sharing deep conversations. I'll never forget the discussion I took part in with Jack and Erin. That night, we had been talking about religion: the parts of mass we enjoyed, the doubts we shared, the hopes and aspirations we had for our futures in our faith, and our different experiences with public school and Catholic school. The entire time, I felt heard. Jack listened intently as we shared our thoughts, and he gave his undivided attention to whoever's turn it was to speak. He made sure that every person was heard and acknowledged, as that was just the kind of person he was. I will treasure that moment forever.

The last time I saw Jack was on his birthday. As of writing this, I don't remember my exact reason for going up to the guy's apartment, but I am sure as hell glad I did. Although very brief, I celebrated with Jack and the others that were there. I felt horrible for not having a gift but promised to get him something after we returned from vacation. Unfortunately, I never had that chance.

In comparison to the cast of characters in our found family, Jack was often a quiet, witty, observant who chimed in with funny little remarks and often talked about his hobbies and interests with anyone who would listen. His love for life was evident in everything he did, and I always admired his adoration for the small details in life. Which was why the news of his death came as such a shock to us all. These were not the circumstances I had ever expected to meet Jack's family, and I did my best to hold myself together for everyone else during this time. On the drive back to Long Island, I finally came to my emotions, let out a good cry, and slept the rest of the way home.

For a long time, we were led to believe that Jack had taken his own life. This had taken quite a toll on my mental health, in combination with other personal events, and I experienced a crisis situation. After reflecting on Jack's situation, I knew I needed to reach out for help to those I trust. I did just that, and I am working my way through a mental health journey. Once Mr. and Mrs. Sullivan were allowed to share the details of Jack's case, I was crushed all over again. I wish that Jack had chosen to share what he was struggling with. Never in a million years would any of us have judged him; his life is more valuable to us than whatever else he could have imagined. I think about Jack every day, and it breaks my heart that he will not get to continue to experience new things with us physically.

To Mr. and Mrs. Sullivan and family: Jack was an amazing person and an even better friend. I am privileged to have known him and to have been known by him. Jack loved you all so dearly, he spoke so highly of you all. Jack always wanted to make you proud, and I know that he still is through all the people's lives that he impacted. I hope that this statement has comforted you in some way, as I will never be able to take away your hurt or mine but has united us together. I ask everyone in the courtroom to conscientiously consider my words and feelings;

you are here to serve justice to the people that betrayed my friend Jack, and I hope that my outlook has helped you to make a just decision. Thank you for your time and consideration.

Sincerely,

Sarah Colosono

College Friend

**<u>Statement 17</u>**
**Barbara Gunning (Aunt)**

To Whom It May Concern,

My name is Barbara Gunning. I am the maternal Aunt of the deceased Jack Sullivan. I am writing to you today to describe the profound loss & distress & fear my family has experienced because of 3 men that deceived, extorted, threatened and mentally tortured my nephew which resulted in his untimely death. Not only did they cause his death, but they also contacted multiple family members, including Jacks immediate family, & my 81year old mother trying to extort money after his death. This is an organized group of people who knowingly choose to scam for a living and destroy innocent people's lives. What they took from us is an amazing young man who never got into trouble and was thriving in college & life. The took away his chance to be a husband and a father and an uncle & a successful man. Jack was truly a pleasure to be around and wise beyond his 20 years.

 I am asking you today to impose the longest sentence possible for the defendants. Unfortunately, it is far too short for the value of Jack's life. I believe that the longest sentence will help us in changing the laws that need to be in place to protect our young people. There needs to be a fear of long jail sentences for any predators who are extorting the innocent for financial gain. I ask you in the name of Jack Sullivan and all the other victims of these men.

Sincerely,

Barbara Gunning

31

**<ins>Statement 18</ins>**

**Sharon Gunning (Cousin)**

Honorable Judge,

My name is Shannon Gunning, and I am reaching out to you on behalf of Jack Sullivan, my younger cousin. As you are aware, my cousin Jack has been the victim of multiple horrific crimes, which has resulted in his devastating, and all too soon passing. Jack was a curious and kind person, whose life was just getting started when he was extorted by criminals, whom you will try in upcoming hearings this year.

With the hearings for Mr. Abiodun and Mr. Aina coming up, I implore you to think about the impact that their crimes have had on Jack and our family when it comes to their sentencing. People such as Mr. Abiodun and Mr. Aina purposely target vulnerable and trusting people online, and try to harm these people, with no regard.

With an increasingly interconnected world online, I worry greatly about how scammers, such as these two, will be given abundant opportunity to harm unknowing people with little consequence. Jack has paid the ultimate consequence of these crimes, and I hope that when you sentence Mr. Abiodun and Mr. Aina, they will receive the maximum sentence as an appropriate consequence for their crimes.

Judge, I thank you for your time and consideration.

Best regards,

Shannon Gunning

**Statement 19**

**Cindy and Ray Walsh (Aunt and Uncle)**

Honorable Judge Slomsky:

Our names are Cindy and Ray Walsh, Aunt and Uncle to Jack Sullivan who tragically passed away on January 4, 2023, as the result of an online sextortion scheme. We write to you today not only as individuals who have lost a precious family member, but also as people who have witnessed the ripple effect this tragedy has had on our entire family.

Jack was one of the kindest, most loving people you could ever hope to meet. Jack had an outgoing personality and would strike up a conversation with anybody. He was the kind of person who would do anything for anyone, and didn't have a mean bone in his body.

Unfortunately, Jack's kind nature and trust in others made him a target for the heinous crimes of the Defendants in this matter. The impact of Jack's death has been profound and far-reaching. His loss has left a whole in our hearts, and family gatherings that were once filled with laughter and warmth are now tarnished by grief and a deep, unspoken emptiness. Every holiday, birthday, and family celebration will forever be marred by the absence of someone who was loved so deeply by all of us and who should still be here with us. The void left by Jack is something we will carry with us forever, and there will forever be a missing piece.

Our children, who once looked up to their older cousin with admiration, have been deprived of their opportunity to grow up with Jack and have the chance to know him as they grow. You see, even though Jack was 7 years older than our son and 11 years older than our daughter, he always made time for them. Each year on our family vacations to Sea Isle City, Jack was the first to grab a shovel, dig a giant hole and jump in with the kids, keeping them entertained for hours. Never again will they share the experiences, laughter, and the memories that come with having a cousin like Jack in their lives. As a parent, it is heartbreaking to have to explain to them why their cousin is no longer here, and nearly impossible to explain to them why someone so young and full of life is gone, taken from us in such a cruel and preventable way. It is sad that at such a young age our children had to learn the reality of such evil in the world.

What makes this tragedy even more difficult to bear is the knowledge that it could have been avoided. Jack was targeted in a way that no one should ever experience, and the consequences of that exploitation were devastating. It is an indescribable pain to know that a young life was lost due to the actions of individuals who chose to exploit and manipulate him for their own gain. These men were so despicable and malicious that even after they learned of Jack's death they continued to harass and attempt to extort even more money from Jack's grief-stricken family members.

It is hard to articulate the full extent of the emotional damage Jack's death has caused, not only for us but for everyone who loved Jack. The grief that is felt by Jack's parents and siblings due to this senseless crime is something no one should have to endure. This is not a grief that will fade in time, it is something our family will have to continue to learn to live with as we create our new norm without Jack in our lives.

We write today not only for our own sorrow but for all who knew and loved Jack, whose lives will forever be shaped by his absence. No one should have to experience the devastation that comes with losing a loved one to something so preventable. We miss Jack every single day, and will continue to grieve for the nephew, cousin, son and friend who was taken from us far too soon.

Thank you for your consideration to our words.

Cindy and Ray Walsh

34

**Statement 20**

**Michael Walsh (Uncle)**

My name is Michael Walsh, and I am proud to say that I am Jack Sullivan's uncle. I would like to begin by expressing my most sincere gratitude to those individuals, both here and abroad, who worked tirelessly and in concert to bring the accused before the court to face a just judgement. No mean feat I imagine. Justice for Jack. Justice for Jack's family.

In preparation for my statement, I read that one might consider sharing how crime has affected their life and the lives of their family. One needs only be human and have love in their heart to know. A gentle, kind and loving soul was Jack. In the prime of his life, and most assuredly undeserving of the malicious, cowardly, premeditated criminal acts visited upon him.



Jack you are so loved....

35

**Statement 21**

**Rafferty Sullivan (Cousin)**

Jack was someone who will always be important to me and will always have a place in my heart. Jack would always be happy to play with me when I was younger, always willing to go out of his way to make me happy. The fact that he is not here anymore is unfair, and the fact that he had a whole life to live is not fair either. I noticed that while Jack was around it was clear that he was kind and quietly funny. His smile was infectious, and he was always willing to hang out with me even though I was quite a bit younger than me. He made me feel included, and for that I will forever be grateful to him.

Rafferty Sullivan

Cousin

**Statement 22**

**Christine Fargo (Aunt)**

I am Christine Fargo, Jack Sullivan's Aunt. The murder of my nephew Jack Sullivan has affected me and my family in so many ways. It has caused profound grief, the depths of which I have never felt before. It has caused deep hatred for those responsible and it has shaken my faith in God and mankind. I feel fear, anger, hatred, anxiety, and confusion. I have not found forgiveness and I'm not sure I ever will despite being taught that I should. I miss my nephew all the time.

Jack was the embodiment of kindness. He cared deeply for all living things and was a compassionate, quiet, loving soul who had his whole life ahead of him. He was given the Good Citizen award for his graduating class at Abington High School. Out of over 500 young adults in his senior class Jack was the one they chose, and if you knew him you would understand why! He was truly a great person in every way and my whole family mourns his loss and we will never be whole again without him. I have found compassion for other victims and their families knowing the struggle they live with. I also have gratitude for those working to prevent these terrible acts and to bring the perpetrators to justice.

Christine Fargo

**Statement 23**

**Ed Fargo (Uncle)**

Jack Sullivan was my nephew. His death has drastically altered my life and my family's life. The obvious grief and feelings of loss when a family member dies are always a struggle, even to this day and always will be. However losing someone so young, someone who found joy and goodness everywhere. When you lose someone like that at the hands of evil people over a few dollars the impact is far greater, and the hurt goes much deeper. Vacations are less joyous; Birthdays and Anniversaries always have a cloud over them. Everything is different. From seeing a sunset to walking on the beach or just smelling fresh cut grass. These moments are all different every day because the thought always creeps back in "Jack would have liked this".

No matter how hard I try to keep those thoughts at bay they always find their way back. To put this change in my life into perspective is impossible. Just know that I will always miss and think of Jack. My life will never be the same and nothing can change that.

Ed Fargo

## Statement 24

**Tess Fargo (Cousin)**

My name is Tess Fargo, I am one of Jack's cousins. Jack was one of the most selfless human beings I have ever met and may ever meet in my lifetime. He was kind, compassionate, and a joy to be around.

Jack always took care of my younger sister, keeping her company on scary rides and encouraging her to be herself at a time when she wasn't as confident. He intentionally sat with my parents and caught up on the lives of his aunt and uncle. Jack spent quality time with me, my family, and all our extended family. He was a light in all our lives, one that deserved more time before being extinguished.

To think that he never had the chance to celebrate his 22nd birthday Jack never had the chance to go fishing with his college friends one last time Jack never had the chance to walk with his dog Finn again Jack never had the chance to live out his twenties, thirties, or any part of the life ahead of him Jack's presence made the world we share better, happier, and more forgiving. His attitude uplifted those around him and positively impacted all who knew him.

In your decision-making, please understand that the loss of Jack's life created a ripple effect. One large enough to make waves in the country and small enough to impact the daily motions, thoughts, and actions of all those who knew him. The memory of his kind and generous demeanor is one that I hold close to my heart and walk through life with. I hope that you all experience the kind of sincere love Jack emulated, and I'm saddened by the fact that nobody will ever know that love, kindness, or selflessness directly from Jack again. The memory of him is all we have.

Tess Fargo

**Statement 25**

**Lexi Fargo (Cousin)**

My name is Lexi Fargo, I am one of Jack's cousins.

Jack was the kindest, most sincere, and caring person I've ever met. He was there for me at times when I felt lonely. He sat next to me and held my hand on a scary ride that I didn't want to brave alone when he didn't have to. Whenever there was someone in need Jack stepped in to help them every time.

It is difficult for me to look back on my freshman year of high school because of how his passing affected me. There was a train track right behind my school. I would have to count backwards from 100 in order to be able to focus on class when the train went by. I never had the energy to do my schoolwork because I was so numbed by grief. As a result, I ended up failing a class and moving schools.

When I am with all my Aunts, Uncles, and Cousins I always feel that there is a void in the room that there's someone missing. Jack is missing, our family is not whole without him and if it weren't for those people and their actions Jack would be able to celebrate his 22 birthday, graduate college, walk his dog Fin, and be able to hug his family. I hope that when you are making your decision you realize that Jack was a wonderful person and he was a son, nephew, brother, and a cousin and that his death and the horrifying actions of these people did have a massive impact on everyone's life.

**Statement 26**

**Yolanda Hancs (Friend's Mother)**

Hello, My Name is Yolanda Hancs. My oldest son Andy was one of Jack's best friends. I met Jack when he started coming around when the boys started 6th grade. When I met Jack, he was so polite and personable, and boy did he have a lot of Knowledge and facts about movies, shows, and the History of our neighborhood. He was over all the time, after school and weekends.

It was always Andy, Jack, and Joey hanging out, going on walks, bike rides, fishing (lots of fishing) in many areas and camping. Then along came Alexis, and the four of them were inseparable. We spent 4th of July's together. He and I had Christmas cookies and hot chocolate together. Friday nights were pizza nights at our home when they were in jn high and senior high school.

When Jack left for Kutztown College, he would still come over on weekends to visit and hang out. He had a key to our home, and knew he was always welcomed over even if our boys were not home. Jack would watch our house and pets while we were on vacation. He was a standup guy. Our youngest son Dominick would tag along at times too, Dominick is about 4 years younger than Jack and Andy. Jack was always so kind to Dominick, asking how school was going, or how band and music was going. Jack was always there for the boys' birthdays. Jack was family over here. I absolutely loved watching Andy, Jack, Joey, and Alexis grow up and become young adults. It was exciting to see where the future was taking these four friends.

Unfortunately, on January 4th, 2023, We would lose Jack. It was a nightmare that we could not wake up from. We were all shocked. How? Why? Why did this happen? We never saw anything like this coming. My heart is forever broken for the Sullivan family. They are such a loving family. Myself? I am so sad for my sons, their friends, and the community. Jack had such a positive impact on everyone he crossed paths with.

Andy lost someone that he talked to everyday, since that day at the neighborhood baseball game the summer of 5th grade. His Buddy, Best friend, A Brother. They had plans together for the future, the four of them talked about buying a house together, so they could

41

always hang out. An innocence was taken away from these young friends, something that they will never get back. My only hope now is that justice will be served!

Thank you for taking the time to read this letter.

Regards,

Yolanda Hancs

**<u>Statement 27</u>**

**Endre Hancs (Friend's Father)**

My Name is Endre Hancs,

Jack was one of my oldest son's best friends. I met Jack for the first time when the boys were in second grade and joined cub scouts, I was there den leader. He was always a happy outgoing little kid. He left scouts after a year for other interests. During the next few years, he and my son would talk in school.

When they were entering 6th grade they ran into each other at a local park and realized they lived pretty close to each other. Jack would start showing up at our house a few days a week. As their friendship grew Jack was here on a daily basis. We started to get to know Jack. He quickly became part of the family. He was here for almost every Birthday or special occasion, and always here for Friday pizza night. There were times when my boys were out doing other things and Jack would just show up at the house to hang out and wait for them to get back. These were the times when Jack and I would have conversations about movies, History, and the History of our neighborhood. He loved to do research on the buildings from the area. He even searched and found pictures of our house from when it was built in 1905. I grew to really enjoy our conversations. We would talk about school, life, fishing, current events, and so much more.

Over the years as Jack and Andy's friendship grew so did Jacks relationship with our entire family, Aunts, uncles, Cousins, and Grandparents, everyone knew Jack and loved and enjoyed him and his company. Jack was always here, he was family. At times we would joke about him actually having a home of his own.

The day Jack left us it broke our hearts and family. We were devastated. Our house would never be the same. No more Jackisms, conversations, jokes, or the sound of his voice. The" Hey Endre" when he came in the house, his laugh, or daily stories. My house is broken and will never be the same. A big part of us left us that day in January, a part that cannot be healed. There isn't a day that goes by where he is not mentioned in our house.

My oldest son has not gone fishing since then, and those two were always out looking for a stream or pond in the neighborhood to fish. They would spend days at our camp site from sunrise to sunset fishing or biking around Glenside and Philly exploring new to them bike trails. You wouldn't think one kid could have so much of an impact on an entire family, but Jack did that! He was such a loving and caring young man that everyone around him felt. The loss of Jack will never be replaced. There is a sadness and emptiness in our home that will not go away no matter how much time passes. These boys were supposed to be living out their dreams and ambitions for their lives. Even though he wasn't my actual child, over the years of him being in our lives he was one of ours. I love and miss him so much, our lives will never be the same. I know I have said this a few times, but it's the truth. Our Family misses him every day!

We were supposed to see him graduate College, find the girl of his dreams and get married and have a family of his own. There is so much more I could say about Jack and the influence he had on us all. We will always have the memories, but there will no new ones and that's the hard part.

Thank you,

Endre Hancs

## Statement 28

### Brian and Becky Donahue (Family Friends)

To the Honorable Judge,

We are writing today with heavy hearts, on behalf of our dear friends, Jim and Kate Sullivan, whose son's life ended far too soon. There are few words that can begin to describe the extraordinary young man Jack Sullvan was, or the depth of the loss felt by all who had the privilege of knowing him.

We met Jack as a little boy…he was curious, gentle, and endlessly kind. He had a sparkle in his eye and just the sweetest smile that would melt your whole heart. He loved people and animals, his bike rides, and nature…we would often find him watching National Geographic, and he lovingly taught us all about dirt, rocks, and fossils. From an early age, anyone who knew Jack knew he was special…always smiling and you never heard him speak and unkind word to anyone. As a young man, Jack always greeted you with a genuine smile and a warm hug. He was someone who made everyone around him feel special.

We had the pleasure to not only know Jack, but to witness the incredible love that shaped him….his kindness reflected the unwavering devotion of his parents and our dear friends Jim and Kate. The bond between Jack and his parents was beautiful and a true reflection of the best of family, friendship, and love. Even as their friends, the loss of Jack feels unbearable and we often find ourselves imagining the magnitude of the pain that Jim, Kate, Kyleigh, Avery and Cade, along with their amazing family, live with each day. It is a grief that is beyond words and beyond measure. Their pain is unrelenting and our hearts ache daily for their loss.

What makes this loss even more tragic is that it was not the result of chance, but of cruelty. The actions that led to this tragedy reflect a level of insensitivity and complete disregard for humanity that no person with a heart could ever inflict upon another. I hope, though I cannot be certain, that these monsters will someday feel the weight of this loss. I hope they learn what love is only so that they can deeply feel the devastation caused by their cruel actions…Even though it will never carry the same weight of grief they have inflicted on our friends.

Your Honor, while we understand that no sentence can bring Jack back, we do believe that accountability and justice matters. The choices these people made that led to this unthinkable tragedy must be considered in this sentencing…not only for what was taken from the Sullivan family, but for what we must protect for every human being: dignity, kindness, and respect. Every single quality that Jack Sullivan stood for.

Jack was everything we hope for in the next generation; compassionate, curious, and full of goodness. The world needs more people like him. His loss is immeasurable, and his memory will forever remind us of the importance of choosing kindness over cruelty.

With deepest respect,

Brian and Becky Donahue