IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                )
                                         )
                                         )
    v.                                   )    Case No. 24-282-1
                                         )
IMOLEAYO AINA                            )
         Defendant                       )
                                         )

## MOTION FOR SENTENCING TRANSCRIPT

Now comes the Defendant, Imoleayo Aina, pro se, and hereby moves this Honorable Court for permission to obtain the sentencing transcript in this matter at no cost to the Defendant. The Defendant is currently preparing a motion to file with this Honorable Court and requires the sentencing transcript to quote relevant portions of that proceeding. The Defendant has submitted the proper transcript request form to the Court and the Court notified the Defendant that the cost of the requested transcript would be $704.00 (EXHIBIT 1). The Defendant is currently incarcerated and lacks the financial resources to obtain the sentencing transcript. The Defendant proceeded in this matter through appointed counsel.

WHEREFORE, the Defendant respectfully requests that the Court provide a copy of the sentencing transcript to the Defendant at no cost.

Respectfully Submitted,

Imoleayo Aina
Reg. No. 28193-511
FCI Danbury
33½ Pembroke Road
Danbur, CT 06811

-1-

## CERTIFICATE OF SERVICE

I, Imoleayo Aina, hereby certify that I mailed a copy of this document to the U.S. Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 on March 10, 2026 from the FCI Danbury facility.

Imoleayo Aina

EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

U.S. COURTHOUSE

INDEPENDENCE MALL WEST

601 MARKET STREET

PHILADELPHIA, PA 19106-1797

GEORGE V. WYLESOL
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
DIRECT TELEPHONE
(267)299-7104

February 10, 2026

Imoleayo Samuel Aina
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811
Prison ID No. 28193-511

Re: United States v. Imoleayo Samuel Aina
Criminal Action No. 24-282-1

Dear Mr. Aina,

In response to your transcript order form dated January 25, 2026, concerning your request to order the sentencing transcript in the above-captioned case, the estimated costs of the transcript is $704.00. Please mail a check or money order to the above address made payable to Precise Transcripts.

When payment has been received and the transcript becomes available, the Court will mail you a copy of the transcript.

Very truly yours,

George V. Wylesol
Clerk of Court

By: /s/ Jenna Gallelli
Jenna Gallelli
Transcript Coordinator

cc:
docketing

Rev. 1/2024

FCI Danbury
Imoleayo Aina #~~24-282~~ ~~1~~ 28193-511
33½ Pembroke Road
Danbury, CT 06811

**RECEIVED**

MAR 13 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

WESTCHESTER NY 105

11 MAR 2026 PM 4 L

1775

UNITED STATES
OF AMERICA
2025 FOREVER/USA

United States District Court
Clerk's Office
601 Market Street
Philadelphia, PA 19106-1797

19106-172999