LAW OFFICES

# JORDAN G. ZEITZ

18 WEST FRONT STREET
MEDIA, PENNSYLVANIA 19063
(610) 565-9650
FAX (610) 565-9651

JORDAN G. ZEITZ

CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS
A CRIMINAL TRIAL ATTORNEY
---------
MEMBER OF PENNSYLVANIA
AND NEW JERSEY BAR

NEW JERSEY OFFICE
38 HADDON AVENUE
HADDONFIELD, NJ 08033
(856) 795-6660
-------
PLEASE REPLY TO:
PENNSYLVANIA OFFICE

July 17, 2026

**VIA ECF**
Hon. Joel H. Slomsky
United States District Court – Eastern District of Pennsylvania

      Re:    **United States v. Afeez Adewale**
              **Criminal No. 24-282**

Dear Judge Slomsky:

Defendant Afeez Adewale hereby requests that the Court impose a sentence of "time served"[1] because at the time of this incident Mr. Adewale was acting as an immature young man who did not consider the ultimate consequences his limited role would have on others and because such a sentence would be 3 times greater than the "average" imprisonment sentence imposed on similarly situated defendants under the JSIN data (referenced below), 4.5 times greater than the most severe sentence imposed on a similarly situated case out of the Western District of Michigan (referenced below), and 6 times greater than the "median" imprisonment sentence imposed on similarly situated defendants under the JSIN data (referenced below).

---

[1] "A defendant **shall** be given credit toward the services of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences – (1) as a result of the offense for which the sentence was imposed; or (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed.". 18 U.S.C. §3585(b)(1) and (b)(2) (Bold and Underline Emphasis Added). In this case, Mr. Adewale is entitled to jail credit from the time he was incarcerated in Nigeria on August 17, 2023 thru the date he was remanded to the Federal Detention Center ("FDC") on February 17, 2026 as well as all of the time he has been at the FDC through the date of sentencing (July 24, 2026) as this entire time period was a result of the within offense. ¶10 of PSR. The aggregate (total) would be just over 35 months of official pretrial detention.

**Guidelines**

Mr. Adewale concurs with the guideline range as calculated by the Probation Department.  Further, Mr. Adewle concurs with their comment that because Mr. Adewale "experienced an economically depressed childhood in Nigeria and was subject to over two years of detention in a Nigerian prison, which reportedly has deplorable conditions" and because he has "no apparent problems with drugs or alcohol and is facing deportation" these factors should be considered as part of a downward variance.  ¶123 of PSR.

**Departures[2]**

While United States Sentencing Commission ended the use of all departures except for "cooperation" under §5K1.1 and now all other previously recognized "departures" are to be considered as variances, it is worth noting that pursuant to the Age (Policy Statement) of the April 2024 Amendment to U.S.S.G. §5H1.1, "[a] downward departure [ ] may be warranted due to the defendant's youthfulness at the time of the offense or prior offenses [as c]ertain risk factors may affect a youthful individual's development into the mid-20's and contribute to involvement in criminal justice systems, including environment, adverse childhood experiences, substance use, lack of educational opportunities, and familial relationships."  Id. at 25.  "In addition, youthful individuals generally are more impulsive, risk-seeking, and susceptible to outside influence as their brains continue to develop into young adulthood."  Id.   Finally, "[y]outhful individuals also are more amendable to rehabilitation."  Id.  Mr. Adewale believes, as set forth more fully below, that a downward adjustment / variance[3] is still warranted due to his age and immaturity at the time of the offense and other mitigating circumstances.

**Statutory Factors**

This Court's statutory duty at sentencing is to determine and impose the punishment which is "sufficient, but not greater than necessary" to achieve the various purposes of criminal justice in the case at hand.  18 U.S.C. §3553(a).  The Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005), as explained and reinforced in Rita v. United States, 551 U.S. 338 (2007), makes that judgment readily available without the need to justify any "departure" from the U.S. Sentencing Guidelines.  This Court must not employ any presumption that a Guideline sentence is appropriate.  Rita, 551 U.S. at 346.  Instead, no sentence can lawfully be imposed unless a lesser punishment would not be "sufficient"  to accomplish the legitimate purposes of criminal sentencing as applied to the

---

[2]

In accordance with paragraph 5(b) of the Amended Standing Order dated February 6, 2026, the mandatory SEALED SUPPLEMENT has been separately filed in this matter.

[3]

United States v. Hall, 965 F.3d 1281, 1295 (11th Cir. 2020) ("Although they may lead to the same result (a sentence outside the advisory guideline range) a variance and a departure reach that result in different ways.").

defendant's particular case. Id.; 18 U.S.C. §3553(a).  Section 3553(a), which now governs federal sentencing to the exclusion of §3553(b), sets forth nearly a dozen factors (grouped in seven subsections) which this Court must "consider."  For Mr. Adewale, the "minimally sufficient" penalty would be a sentence of "time served".  See United States v. Serafini, 23 F.3d 758, 776 (3d Cir. 2000); United States v. Kikumura, 918 F.2d 1084, 1111 (3d Cir. 1990)).

Other statutory sections also give this Court direction in sentencing.  Under 18 U.S.C. §3582, imposition of a term of imprisonment is subject to the following limitation: in determining whether and to what extent imprisonment is appropriate based on the Section 3553(a) factors, the judge is required to "recogniz[e] that imprisonment is not an appropriate means of promoting correction and rehabilitation".  Further, under 18 U.S.C. §3661, "[n]o limitation shall be placed on the information concerning the background, character, and conduct of [the defendant] which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."  Applying these statutory factors together with the Booker and Rita decisions in this case, the "minimally sufficient" penalty for Mr. Adewale would be a sentence of "time served".

### The Nature and Circumstances of the Offense

"In 2023, the National Bureau of Statistics (NBS) estimated that with over 60 percent of Nigeria's population under 30 years old, about 33 percent of that demographic are unemployed" which "reflects the harsh realities that millions of young Nigerians face daily"[4]. "The lack of decent employment opportunities in the country denies youth their right to a proper standard of living, thereby putting many into low-paying, informal jobs or criminal activities."  Id.  The lack such opportunities led to the "#EndBadGovernance protests, where young Nigerians took to the streets, not just against the government but against the systemic failures limiting their opportunities."  Id.  The "high youth unemployment stems largely from a major skills gap, with industries struggling to find adequately trained workers for key roles, especially in technical and vocational fields".  Id.  "The NBS reported that only 27 percent of Nigerian graduates acquired practical skills during their education."  Id.

"Nigeria's population exceeds over 200 million, with over 60% of the population under the age of 30, making it one of the most youthful countries in the world."[5]  "However, many young people are unable to realise [sic] their potential due to persistent structural, cultural, and legal barriers."  Id.  Despite over 1.7 million graduates entering the labour [sic] market annually, youth unemployment remains alarmingly high, with nearly 80 million young people, about 53% of the youth population currently unemployed."  Id.  "Beyond

---

[4] Sodiq Andeniji, Nigeria in Crisis Due to Youth Unemployment (December 11, 2024); https://www.africanliberty.org/2024/12/11/nigeria-in-crisis-due-to-youth-unemployment/

[5] State of the Nigerian Youth (2025); https://nigeria.actionaid.org/publications/2025/state-nigerian-youth

unemployment, rising insecurity has placed young people at the centre [sic] of Nigeria's crises [where i]n recent years[] over 600,000 lives have been lost, and 2.2 million people kidnapped".  Id.

"Approximately 80 million Nigerians are classified as living in poverty, more than one-third of the population."[6]  "Even beyond this segment officially considered poor, a significant share of households face difficult living conditions as they struggle to meet basic needs such as healthcare, education, and adequate housing." Id. (Citation Omitted).  "The country ranks 172nd out of 183 countries in the 2023 Global Youth Development Index (Commonwealth, 2024)". Id. "In 2020, according to the official statistics agency, 53.4% of 15 to 24 year olds were unemployed".  Id.

It is anticipated that the Government will rely in part (as it did in its sentencing memos for the co-defendants) on a "NCRI Report" about a "group of cybercriminals, mostly in Nigeria, who have been associated with many online scams" where this group has "shifted in recent years [from various] fraud[s and] scams" to "now the mass sexual extortion of children for profit" in support of its "FACTUAL BACKGROUND" of this matter. According to the NCRI Report, members of this group typically:

1.      "share their sextortion scripts, tools, and methods" (p1)

2.      "distribut[e] sextortion instructional videos and scripts on **TikTok**, **YouTube**, and **Scribd**" (Bold Emphasis Original) (p2)

3.      "openly share their tactics and tradecraft among their social media network" (p7)

4.      display "their lavish lifestyles fueled by ill-gotten gains . . . [by] flaunting wealth, displaying expensive items like cars, designer clothes, and jewelry on social media to showcase their success" (p8)

5.      do Google Searches of "'how to blackmail someone with pictures'" (p9)

6.      refer to victims as "**clients**" on social media (Bold Emphasis Original) (p10)

In this case, Mr. Adewale never shared, distributed, received, or researched sextortion scripts, tools, videos, tactics, tradecraft, or methods.  Further, he did live or display a "lavish

---

[6]

Raphael Mbaegbu, Facing lack of economic opportunity, Nigerian youth want government action on jobs; https://www.afrobarometer.org/wp-content/uploads/2025/06/AD998-Nigerian-youth-want-government-action-on-jobs-and-cost-of-living-Afrobarometer-16june25.pdf

lifestyle" – to the contrary, he lived in poverty.  Additionally, he never mentioned, posted, or texted about having any "clients".  In short, he was never a sextortionist.

Moreover, according to the NCRI Report, "[t]here has been little published about the criminals involved in the current financial sextortion surge [where t]o date, there are only three known indictments of these criminals in court records and public reporting" which are as follows:

1. In August 2023, two Nigerian men were extradited to the United States for sextorting numerous American boys, and causing the death of 17 year old [named "J.M." where] local reporting in Nigeria identified them and four other co-conspirators as Yahoo Boys.

2. In September 2023, Nigeria's Economic and Financial Crimes Commission arrested a man for sextortion of a 14 year old Canadian boy who died by suicide.

3. In November 2023, Olamide Shanu and unidentified co-conspirators in Nigeria, were indicted for receiving more than $2.5 million dollars in Bitcoin transactions amid a large-scale financial sextortion operation.

With respect to the sextortion case involving "J.M." referenced above, it was prosecuted out of the Western District Michigan under Docket No. 22-cr-25 (RJJ) and had a companion document under Docket No. 24-cr-17 (RJJ) involving five (5) co-conspirators who were not directly involved in the sextortion but who were separately indicted for conspiracy to commit money laundering of approximately $50,0000 as part of the sextortion; a copy of the aforesaid Indictment is attached hereto as Exhibit A.  According to the PACER "report" under Docket No. 24-cr-17 (RJJ), one co-conspirator received a sentence of 8 months imprisonment, two co-conspirators received a sentence of 3 years probation, and the remaining two co-conspirators received a sentence of 2 years probation; a copy of the aforesaid report is attached hereto as Exhibit B.

In this case, J.S. committed suicide in early January 2023 which was approximately 8 months before the first "public reporting" of suicide being potentially associated with this type of crime which makes this tragic outcome not reasonably foreseeable to Mr. Adewale who was never a sextortionist and who did have any direct contact with co-defendant Aina or know the type of pressure he (co-defendant Aina) was putting on J.S.  Further, Mr. Aedwale did not fully realize the relationship his indirect conduct had on J.S. until he received the Indictment and the underlying discovery where he saw for the first-time the deplorable pre-death messages of co-defendant Aina (¶¶17-22) and the post-death messages of co-defendant Abiodun (¶¶26-33).

While Mr. Adewale took, and continues to take, full responsibility for the crime to which he pled, he was clearly not the leader, organizer, or mastermind behind the

underlying offense as his role was more akin to a "minimal" or "minor" participant when compared to co-defendant Aina and co-defendant Abiodun.  Notwithstanding his limited role, Mr. Adewale deeply regrets what happened to J.S. and the incredible suffering his family has endured.

### History and Characteristics of the Defendant

At the time of this incident, Mr. Adewale was in his early 20s who clearly used poor judgment which unfortunately was somewhat predictable not only because immaturity can last into a person's mid-20s[7] but also because of the extremely poor environment he grew up in which he described as a "village" which did "not have running water" and "once in a while" would have "electricity".  ¶83 of the PSR.  Like the scarcity of electricity, so too was "steady work" where Mr. Adewale and his family would "help" on a local farm when work was available but where they would typically be "looking for work in the community".  Id.

Mr. Adewale lived with his parents until age 22 which is when he and his brother rented their own place where he contributed "3,000 Niara per month (about $2.19 in United States currency)" toward the rent.  ¶85 of the PSR.  When Mr. Adewale had the limited opportunity to work, it typically involved manual labor where he recalled sustaining a "significant injury" when he was carrying heavy wooden planks on his head. ¶91 of the PSR.  Mr. Adewale tried a bunch of jobs but was unable (like most youth in Nigeria) to "secure steady employment".  ¶98 of the PSR.  Getting a job in Nigeria is difficult because they have to "pay for the application process" and then essentially work for free during the "training / learning" portion which could last 6 months or longer without any guarantee of securing a stable / permanent job thereafter.  Id.  The "little money" he did earn, Mr. Adewale gave it to help his siblings go to school so they did not have to go through what he "went through".  ¶94 of the PSR.

Due to this matter, one of things Mr. Adewale "went through" was being detained in a Nigerian detention center which he described as "like hell on earth."  ¶87 of the PSR.  The detention center was supposed to only hold 900 inmates but housed approximately 4000 inmates where Mr. Adewale had to share a room with about 20 other men and where they had to sleep on the floor pressed up against the walls.  Id.  Further, he saw his fellow inmates dying "almost every week" which conservatively would have been roughly 128 inmates over the 30 months he was there.  Id.

---

[7]

Social science studies have long recognized that persons under the age of twenty-six (26) may not have reached a full level of mental and emotional maturity – thus making them more susceptible to act impulsively, rashly, and without consideration of long-term consequences.  See Laurence Steinberg, A Social Neuroscience Perspective on Adolescent Risk-Taking, 28 Dev. Rev. 78 (2008); see also, Roper v. Simmons, 543, U.S. 551, 574 (2005) ("The qualities that distinguish juveniles from adults do not disappear when an individual turns 18."), and United States v. C.R., 792 F.Supp. 2d 343, 498-506 (E.D.N.Y. 2011) (recognizing that social and psychological science support the conclusion that the immature behaviors associated with youth "continue to apply to individuals into their twenties, even mid-twenties or beyond" (quotation omitted)), rev'd on other grounds, United States v. Reingold, 731 F.3d 204 (2d Cir. 2013).

Since he has been incarcerated at the FDC in this matter, Mr. Adewale "has not [been] involved in any disciplinary incidents" (¶11 of PSR) and there is no evidence he was involved in any such incidents while being held in the Nigerian prison which supports a finding that he poses a low risk of recidivism. Further, he is currently "employed in the kitchen" at the FDC which supports a finding that he is willing to work when given the chance and be a productive member of society. ¶96 of the PSR.

## Avoiding Unwarranted Sentencing Disparaties

Pursuant to 18 U.S.C. §3553(a)(6), the sentencing court should typically attempt to "avoid unwarranted sentence disparaties among defendants with similar records who have been found guilty of similar crimes." According to the Judiciary Sentencing Information ("JSIN") data, "[d]uring the last five fiscal years (FY2021-2025), there were 36 defendants whose primary guideline was §2S1.1, with a Final Offense Level of 10 and a Criminal History Category of I, after excluding defendants who received a §5K1.1 substantial assistance departure. For the 13 defendants (36%) who received a sentence of imprisonment in whole or in part, the average length of imprisonment imposed was 11 month(s) and the median length of imprisonment imposed was 6 month(s)."[8] Using the generic JSIN data, 23 defendants (64% or a super majority) received a sentence of probation.

The JSIN data is consistent with the sentences imposed out of the Western District of Michigan under Docket No. 24-cr-17 (RJJ) (referenced above) which involved five (5) co-conspirators who were not directly involved in the sextortion but who were separately indicted for conspiracy to commit money laundering and where one co-conspirator received a sentence of 8 months imprisonment, two co-conspirators received a sentence of 3 years probation, and the remaining two co-conspirators received a sentence of 2 years probation.

In this case, co-defendant Abiodun is the only person who appears to be somewhat similarly situated to Mr. Adewale (insofar as they both plead guilty to Counts 1 and 8 of the Indictment) and who has now been sentenced. However, their charges is where their similarities end as co-defendant Abiodun appears to have played a much larger role based on his direct contact with J.S.'s family. Accordingly, if the Court used the sentence it imposed on co-defendant Abiodun as a starting point, then a substantial downward variance from that sentence would be appropriate for Mr. Adewale before taking into consideration the other 3553(a) factors (referenced above) which along with the JSIN data would further support a "time served" sentence as such a sentence is already significantly more than both the "average" and "median" sentences imposed nationwide and significantly more than the sentences imposed out of the Western District of Michigan. Put differently, "time served" which is just over 35 months of imprisonment would be 3 times greater than the "average" imprisonment sentence, 4.5 times greater than the most severe

---

[8] Per the PSR, Mr. Adewale's final offense level is 10 (¶74) and his CHC is I (¶77) creating a range of "6 months to 12 months". ¶103 of the PSR.

sentence in the Western District of Michigan case, and 6 times greater than the "median" imprisonment sentence.

### **Conclusion**

Mr. Adewale is a young man who was exposed to nearly every risk factor (poor living environment, adverse childhood experiences, and lack of educational opportunities) which the Sentencing Commission now recognizes would justify a downward adjustment at sentencing. Further, the Sentencing Commission now recognizes that youthful individuals are more amenable to rehabilitation. Accordingly, this Court should impose a sentence of "time served" for the reasons set forth above.

Respectfully yours,

JORDAN G. ZEITZ

JGZ
cc:    AUSA Patrick Brown (w/encl. + via ECF and email)
       PO Carolyn DeMayo (w/encl. + via email only)
       Afeez Adewlae (w/encl. + via regular mail only)

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JOHNATHAN DEMETRIUS GREEN,
JARELL DAIVON WILLIAMS,
DINSIMORE GUYTON ROBINSON,
KENDALL ORMOND LONDON, Jr., and
BRIAN KEITH COLDMON, Jr.,

                                           **INDICTMENT**

        Defendants.

_____/

    The Grand Jury charges:

(Conspiracy to Commit Money Laundering)

    Beginning some time prior to September 2020, and continuing through at least

April 2022, the exact dates being unknown to the grand jury, in the Northern Division

of the Western District of Michigan and elsewhere,

**JOHNATHAN DEMETRIUS GREEN,**
**JARELL DAIVON WILLIAMS,**
**DINSIMORE GUYTON ROBINSON,**
**KENDALL ORMOND LONDON, Jr., and**
**BRIAN KEITH COLDMON, Jr.,**

and others known and unknown to the grand jury, knowingly conspired and agreed to

knowingly conduct and attempt to conduct financial transactions affecting interstate and

foreign commerce, which transactions involved the proceeds of a specified unlawful

activity, that is, wire fraud, knowing that the transactions were designed in whole or in

part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

### Background

1.      Cash applications, like Apple Pay, Cash App, and Zelle, operate using facilities and means of interstate commerce, including but not limited to the internet, cellular telephone networks, and the federal reserve banking system.

2.      Unindicted co-conspirators (sextortionists) devised a fraudulent scheme, in which they pretended to be a young woman in social media accounts and sought to have teenage boys and young men engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct. Once the victims produced and sent images of sexually explicit conduct, the sextortionists used the images to blackmail the victims for money by threatening to send the images to others, including but not limited to the families, friends, and classmates of the victims.

3.      The sextortionists include, but are not limited to, Samuel Ogoshi, Samson Ogoshi, and Ezekiel Ejeheim Robert, as charged in Western District of Michigan Case No. 2:22-CR-00025.

### Object of the Conspiracy

The object of the conspiracy was to enrich the participants by laundering fraud proceeds.

## Manner and Means

1.      Victims of the sextortion scheme were instructed to send money to Defendants' financial accounts through various cash applications, like Apple Pay, Cash App, Zelle, and others.

2.      Defendants kept a portion of the victims' funds, typically 20%, and they converted the rest into bitcoin.

3.      Defendants then sent the bitcoin to an unindicted Nigerian co-conspirator, who they referred to as the Plug. The Plug kept a portion of the bitcoin funds, and sent the remainder to Samuel Ogoshi, Samson Ogoshi, Ezekiel Robert, and other sextortionists.

4.      The laundered transactions include but are not limited to the following: on or about March 25, 2022, Victim 1 sent $300 via Apple Pay to Green. Green transferred a portion of those Apple Pay funds into CashApp funds. Using those CashApp funds, Green purchased bitcoin, which he sent to the Plug. The Plug kept a portion of the funds and sent the remainder to the sextortionists.

18 U.S.C. § 1956(h), (a)(1)(B)(i)
18 U.S.C. § 1343

## FORFEITURE ALLEGATION
(Conspiracy to Commit Money Laundering)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(1).

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of an offense in violation of 18 U.S.C. § 1956 set forth in this Indictment, Defendants,

**JOHNATHAN DEMETRIUS GREEN,**
**JARELL DAIVON WILLIAMS,**
**DINSIMORE GUYTON ROBINSON,**
**KENDALL ORMOND LONDON, Jr., and**
**BRIAN KEITH COLDMON, Jr.,**

shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. MONEY JUDGMENT: A sum of money equal to at least $178,658, which represents the amount of money involved in the offense charged in this Indictment.

2. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

- 4 -

e. has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b).

18 U.S.C. § 982(a)(1)
21 U.S.C. § 853(p)
18 U.S.C. § 982(b)
18 U.S.C. § 1956

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney

# EXHIBIT B

Query     Reports     Utilities     Help     Log Out

CLOSED,FORFEITURE,PROTECTIVEORDER,SEALEDDOC(S)

# United States District Court
## Western District of Michigan (Northern Division (2))
## CRIMINAL DOCKET FOR CASE #: 2:24-cr-00017-RJJ All Defendants

Case title: USA v. Green et al

Date Filed: 07/16/2024

Other court case number: 2:22-cr-25 Related Case

Date Terminated: 11/05/2025

---

Assigned to: Judge Robert J. Jonker

### defendant (1)

**Johnathan Demetrius Green**
*TERMINATED: 11/05/2025*

represented by **Paul Mitchell**
Paul L. Mitchell PLLC
161 Ottawa Ave., NW, Ste. 405
Grand Rapids, MI 49503
(616) 742-5880
Email: plm1218@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1956(h),(a)(1)(B)(i), 18:1343 MONEY LAUNDERING - INTERSTATE COMMERCE, conspiracy to commit money laundering (1) | 8 months imprisonment; 2 years supervised release; restitution $47,023.78; special assessment $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Robert J. Jonker

**defendant (2)**

**Jarell Daivon Williams**
*TERMINATED: 08/11/2025*

represented by **Daniel R. Fagan**
Daniel R. Fagan & Associates, PC
429 Turner Ave., NW
Grand Rapids, MI 49504
(616) 224-2564
Fax: (616) 454-2232
Email: fagandrlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1956(h),(a)(1)(B)(i), 18:1343 MONEY LAUNDERING - INTERSTATE COMMERCE, conspiracy to commit money laundering (1) | 3 years probation; $49,123.78 restitution; special assessment $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Robert J. Jonker

**defendant (3)**

**Dinsimore Guyton Robinson**
*TERMINATED: 06/16/2025*

represented by **Sanford Allen Schulman**
Schulman & Associates PC
500 Griswold St., Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1956(h),(a)(1)(B)(i), 18:1343 MONEY LAUNDERING - INTERSTATE | 3 years probation; $47,523.78 restitution; special assessment $100.00. |

COMMERCE, conspiracy to commit money
laundering
(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Robert J. Jonker

**defendant (4)**

| | | |
|---|---|---|
| **Kendall Ormond London, Jr.**<br>*TERMINATED: 07/22/2025* | represented by | **J. Allen Fiorletta**<br>Fiorletta Law<br>1971 E. Beltline Ave. NE., Ste. 106<br>Grand Rapids, MI 49525<br>(616) 433-5144<br>Email: allenfiorletta@gmail.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1956(h),(a)(1)(B)(i), 18:1343 MONEY LAUNDERING - INTERSTATE COMMERCE, conspiracy to commit money laundering<br>(1) | 2 years probation; $49,123.78 restitution; special assessment $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Robert J. Jonker

**defendant (5)**

| | | |
|---|---|---|
| **Brian Keith Coldmon, Jr.**<br>*TERMINATED: 07/22/2025* | represented by | **Pavol Fabian**<br>Zamzow Fabian, PLLC<br>300 Ottawa Ave., NW, Ste. 220<br>Grand Rapids, MI 49503<br>(616) 965-2621<br>Email: pavol@zamzowfabian.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1956(h),(a)(1)(B)(i), 18:1343 MONEY LAUNDERING - INTERSTATE COMMERCE, conspiracy to commit money laundering<br>(1) | 2 years probation; $49,123.78 restitution; special assessment $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Davin Maitland Reust**<br>U.S. Attorney (Detroit)<br>211 W Fort St., Ste. 2001<br>Detroit, MI 48226-3211<br>(616) 226-0206<br>Email: davin.reust@usdoj.gov<br>*TERMINATED: 12/02/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Daniel T. McGraw**<br>U.S. Attorney (Grand Rapids) |

The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: daniel.mcgraw@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Daniel Y. Mekaru**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: daniel.mekaru@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Meagan D. Johnson**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501-0208
(616) 808-2121
Email: meagan.johnson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2024 | 1 | (RESTRICTED ACCESS) INDICTMENT as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr only] (pjw) Modified on 8/1/2024 (ald). (Entered: 07/17/2024) |
| 07/16/2024 | 2 | INDICTMENT (REDACTED) as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr (pjw) Modified on 8/1/2024 (ald). (Entered: 07/17/2024) |
| 07/16/2024 | 4 | MOTION and ORDER TO SEAL CASE until defendant is arrested, the investigation is completed, or further order of this court; signed by Magistrate Judge Ray Kent (pjw) Modified on 8/1/2024 (ald). (Entered: 07/17/2024) |
| 07/16/2024 | 5 | NOTICE AND ORDER of related case that this case is related to 2:22-cr-25 as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr signed by Magistrate Judge Ray Kent (pjw) Modified text on 7/17/2024 and 7/18/2024 (pjw) Modified on 8/1/2024 (ald). (Entered: 07/17/2024) |
| 07/16/2024 | 6 | PENALTY SHEET re Sealed Indictment, 1 as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr (pjw) Modified on 8/1/2024 (ald). (Entered: 07/17/2024) |

| 07/17/2024 | 3 | ORDER as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr *ORDER OF RECUSAL - Magistrate Judge Maarten Vermaat recused; case to be reassigned* ; signed by Magistrate Judge Maarten Vermaat (cam) Modified on 8/1/2024 (ald). (Entered: 07/17/2024) |
|---|---|---|
| 08/01/2024 | | CASE UNSEALED as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr pursuant to per order 12 (ald) (Entered: 08/01/2024) |
| 08/01/2024 | 12 | MOTION and ORDER to unseal case as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr; CASE UNSEALED; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 08/01/2024) |
| 08/01/2024 | | WARRANT EXECUTED; defendant Johnathan Demetrius Green arrested by FBI agent David McNeilly in Stone Mountain, Georgia (USM Control Room, ted) (Entered: 08/05/2024) |
| 08/01/2024 | 14 | RULE 5 DOCUMENTS received from Northern District of Georgia (Atlanta) as to defendant Kendall Ormond London, Jr (Attachments: # 1 Initial Appearance - Detention Hearing Minute, # 2 Waiver of Rule 5 and 5.1 Hearings, # 3 Appearance Bond, # 4 Order Setting Conditions of Release) (jjm) (Entered: 08/06/2024) |
| 08/01/2024 | 15 | RULE 5 DOCUMENTS received from Northern District of Georgia (Atlanta) as to defendant Brian Keith Coldmon, Jr (Attachments: # 1 Initial Appearance - Detention Hearing Minutes, # 2 Waiver of Rule 5 and 5.1 Hearings, # 3 Appearance Bond, # 4 Order Setting Conditions of Release, # 5 Ordering Appointing Federal Public Defender) (jjm) (Entered: 08/06/2024) |
| 08/01/2024 | 16 | CJA 23 financial affidavit by defendant Brian Keith Coldmon, Jr in support of request for court-appointed counsel (jjm) (Entered: 08/06/2024) |
| 08/01/2024 | | WARRANT EXECUTED; defendant Kendall Ormond London, Jr arrested by FBI agent David McNeilly in Lithonia, Georgia (USM Control Room, ted) (Entered: 08/06/2024) |
| 08/01/2024 | 17 | CJA 23 financial affidavit by defendant Kendall Ormond London, Jr in support of request for court-appointed counsel (jjm) (Entered: 08/06/2024) |
| 08/01/2024 | | WARRANT EXECUTED; defendant Brian Keith Coldmon, Jr arrested by FBI agent David McNeilly in Stone Mountain, Georgia (USM Control Room, ted) (Entered: 08/06/2024) |
| 08/01/2024 | | WARRANT EXECUTED; defendant Jarell Daivon Williams arrested by FBI agent McNielly in McDonough, GA (USM Control Room, emh) (Entered: 09/17/2024) |
| 08/02/2024 | 13 | RULE 5 DOCUMENTS received from Northern District of Georgia (Atlanta) as to defendant Johnathan Demetrius Green (Attachments: # 1 Initial Appearance - Detention Hearing Minutes, # 2 Waiver of Rule 5 and 5.1 Hearings, # 3 Appearance Bond, # 4 Order Setting Conditions of Release) (mlc) (Entered: 08/02/2024) |
| 08/08/2024 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Sanford Allen Schulman for defendant Dinsimore Guyton Robinson [Attorney Sanford Allen Schulman added to party Dinsimore Guyton Robinson(pty:dft)] (Schulman, Sanford) (Entered: 08/08/2024) |

| 08/23/2024 | 18 | NOTICE OF HEARING as to defendant Dinsimore Guyton Robinson: initial appearance, arraignment and initial pretrial conference set for 8/27/2024 at 11:00 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 08/23/2024) |
|---|---|---|
| 08/23/2024 | 19 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Dinsimore Guyton Robinson (Reust, Davin) (Entered: 08/23/2024) |
| 08/25/2024 | 20 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Dinsimore Guyton Robinson (Schulman, Sanford) (Entered: 08/25/2024) |
| 08/26/2024 | 21 | JOINT MOTION for protective order by USA as to Dinsimore Guyton Robinson (Attachments: # 1 Proposed Order) (Reust, Davin) Modified text on 8/26/2024 (pjw) (Entered: 08/26/2024) |
| 08/26/2024 | | (NON-DOCUMENT) ORDER REFERRING MOTION for protective order 21 as to defendant Dinsimore Guyton Robinson to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A); signed by Judge Robert J. Jonker (sjc) (Entered: 08/26/2024) |
| 08/26/2024 | 22 | RULE 5 DOCUMENTS received from Northern District of Alabama as to defendant Dinsimore Guyton Robinson (Attachments: # 1 Attachment Waiver of Rule 5 Hearing, # 2 Attachment Order to appear and transferring bail, # 3 Attachment Appearance Bond) (ns). Modified entry on 8/27/2024 (ns). (Entered: 08/26/2024) |
| 08/26/2024 | 23 | ORDER granting motion for protective order 21 as to defendant Dinsimore Guyton Robinson; signed by Magistrate Judge Ray Kent (bjg) (Entered: 08/26/2024) |
| 08/27/2024 | 24 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant Dinsimore Guyton Robinson; signed by Magistrate Judge Ray Kent (fhw) (Entered: 08/27/2024) |
| 08/27/2024 | 25 | MINUTES of FIRST APPEARANCE, ARRAIGNMENT and INITIAL PRETRIAL CONFERENCE of defendant Dinsimore Guyton Robinson held before Magistrate Judge Ray Kent; defendant appeared with retained counsel; defendant stood mute and the court entered a plea of not guilty to the Indictment on defendant's behalf; Rule 5f order to issue; government did not seek detention and defendant was release on continued bond pending further proceedings before the district judge (Proceedings Digitally Recorded) (bjg) (Entered: 08/27/2024) |
| 08/27/2024 | 26 | DEFENDANT'S RIGHTS as to defendant Dinsimore Guyton Robinson (bjg) (Entered: 08/27/2024) |
| 08/27/2024 | 27 | ORDER as to defendant Dinsimore Guyton Robinson re Rule 5(f); signed by Magistrate Judge Ray Kent (bjg) (Entered: 08/27/2024) |
| 09/10/2024 | 28 | RULE 5 DOCUMENTS received from Northern District of Georgia as to defendant Jarell Daivon Williams (Attachments: # 1 Order setting conditions of release, # 2 Initial appearance - detention hearing minutes, # 3 Appearance bond, # 4 Waiver of Rule 5 & 5.1 hearings, # 5 Order appointing counsel) (ns) (Entered: 09/10/2024) |
| 09/10/2024 | 29 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Brian Keith Coldmon, Jr (Reust, Davin) (Entered: 09/10/2024) |
| 09/10/2024 | 30 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Kendall Ormond London, Jr (Reust, Davin) (Entered: 09/10/2024) |
| 09/10/2024 | 31 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Jarell Daivon Williams (Reust, Davin) (Entered: 09/10/2024) |

| 09/10/2024 | 32 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Johnathan Demetrius Green (Reust, Davin) (Entered: 09/10/2024) |
|---|---|---|
| 09/11/2024 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of J. Allen Fiorletta for defendant Kendall Ormond London, Jr [Attorney J. Allen Fiorletta added to party Kendall Ormond London, Jr(pty:dft)] (Fiorletta, J.) (Entered: 09/11/2024) |
| 09/26/2024 | 33 | NOTICE OF HEARING as to defendant Kendall Ormond London, Jr: first appearance, arraignment, and initial pretrial conference are set for 10/15/2024 at 11:00 AM at 650 Federal Building, Grand Rapids, MI before Magistrate Judge Sally J. Berens (jln) (Entered: 09/26/2024) |
| 10/11/2024 | 34 | NOTICE OF HEARING as to defendant Brian Keith Coldmon, Jr: first appearance, arraignment, detention hearing and initial pretrial conference set for 10/31/2024 at 10:00 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 10/11/2024) |
| 10/15/2024 | 35 | MINUTES of First Appearance, Arraignment, Initial Pretrial Conference, and Detention hearing as to Kendall Ormond London Jr. held before Magistrate Judge Sally J. Berens; defendant plead not guilty to the Indictment; defendant continued on bond (Proceedings Digitally Recorded) (jln) (Entered: 10/15/2024) |
| 10/15/2024 | 36 | DEFENDANT'S RIGHTS as to defendant Kendall Ormond London, Jr (jln) (Entered: 10/15/2024) |
| 10/15/2024 | 37 | ORDER as to defendant Kendall Ormond London, Jr re Rule 5(f); signed by Magistrate Judge Sally J. Berens (jln) (Entered: 10/15/2024) |
| 10/15/2024 | 38 | BOND and ORDER setting conditions of release as to defendant Kendall Ormond London Jr.; defendant released on $10,000 unsecured bond; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 10/15/2024) |
| 10/15/2024 | 39 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant Kendall Ormond London, Jr.; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 10/15/2024) |
| 10/15/2024 | 40 | JOINT MOTION for protective order by USA as to Kendall Ormond London, Jr (Attachments: # 1 Proposed Order) (Reust, Davin) (Entered: 10/15/2024) |
| 10/17/2024 | | (NON-DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendants Johnathan Demetrius Green, Jarell Daivon Williams, Brian Keith Coldmon, Jr; signed by Magistrate Judge Ray Kent (fhw) (Entered: 10/17/2024) |
| 10/17/2024 | 41 | NOTICE OF HEARING as to defendants Johnathan Demetrius Green, Jarell Daivon Williams: initial appearance, arraignment and initial pretrial conference set for 10/28/2024 at 03:00 PM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 10/17/2024) |
| 10/17/2024 | | Federal Public Defender recommends that Paul Mitchell be appointed to represent defendant Johnathan Demetrius Green (Federal Public Defender, ) (Entered: 10/17/2024) |
| 10/17/2024 | | Federal Public Defender recommends that Daniel R. Fagan be appointed to represent defendant Jarell Daivon Williams (Federal Public Defender, ) (Entered: 10/17/2024) |
| 10/17/2024 | | Federal Public Defender recommends that Pavol Fabian be appointed to represent defendant Brian Keith Coldmon, Jr (Federal Public Defender, ) (Entered: 10/17/2024) |
| 10/17/2024 | | CJA 20 APPOINTMENT of Paul Mitchell for defendant Johnathan Demetrius Green; signed by Magistrate Judge Ray Kent (bjg) (Entered: 10/17/2024) |

| 10/17/2024 | | CJA 20 APPOINTMENT of Daniel R. Fagan for defendant Jarell Daivon Williams; signed by Magistrate Judge Ray Kent (bjg) (Entered: 10/17/2024) |
|---|---|---|
| 10/17/2024 | | CJA 20 APPOINTMENT of Pavol Fabian for defendant Brian Keith Coldmon, Jr.; signed by Magistrate Judge Ray Kent (bjg) (Entered: 10/17/2024) |
| 10/18/2024 | 42 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Kendall Ormond London, Jr (Fiorletta, J.) (Entered: 10/18/2024) |
| 10/18/2024 | 43 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Johnathan Demetrius Green (Mitchell, Paul) (Entered: 10/18/2024) |
| 10/18/2024 | 44 | ORDER granting motion for protective order 40 as to Kendall Ormond London Jr. (4) ; signed by Judge Robert J. Jonker (elam) (Entered: 10/18/2024) |
| 10/24/2024 | 45 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Jarell Daivon Williams (Fagan, Daniel) (Entered: 10/24/2024) |
| 10/28/2024 | 46 | ORDER SCHEDULING PROGRESSION OF CASE as to defendants Johnathan Demetrius Green, Jarell Daivon Williams: signed by Magistrate Judge Ray Kent (fhw) (Entered: 10/28/2024) |
| 10/28/2024 | 51 | MINUTES of FIRST APPEARANCE, ARRAIGNMENT and INITIAL PRETRIAL CONFERENCE of defendant Johnathan Demetrius Green held before Magistrate Judge Ray Kent; defendant plead not guilty to the indictment; defendant continued on bond (Proceedings Digitally Recorded) (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 52 | CJA 23 financial affidavit by defendant Johnathan Demetrius Green in support of request for court-appointed counsel [Stone Mountain, GA] (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 53 | DEFENDANT'S RIGHTS as to defendant Johnathan Demetrius Green (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 54 | ORDER as to defendant Johnathan Demetrius Green re Rule 5(f); signed by Magistrate Judge Ray Kent (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 55 | BOND and ORDER setting conditions of release as to defendant Johnathan Demetrius Green (1); defendant released on a $10,000 unsecured bond (copy provided to defendant); signed by Magistrate Judge Ray Kent (bjg) Modified text on 10/31/2024 (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 56 | MINUTES of FIRST APPEARANCE, ARRAIGNMENT and INITIAL PRETRIAL CONFERENCE of defendant Jarell Davion Williams held before Magistrate Judge Ray Kent; defendant plead not guilty to the indictment; defendant continued on bond (Proceedings Digitally Recorded) (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 57 | CJA 23 financial affidavit by defendant Jarell Daivon Williams in support of request for court-appointed counsel [McDonough, GA] (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 58 | DEFENDANT'S RIGHTS as to defendant Jarell Daivon Williams (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 59 | ORDER as to defendant Jarell Daivon Williams re Rule 5(f); signed by Magistrate Judge Ray Kent (bjg) (Entered: 10/29/2024) |
| 10/28/2024 | 60 | BOND and ORDER setting conditions of release as to defendant Jarell Daivon Williams (2); defendant released on a $10,000 unsecured bond (copy provided to defendant); signed by Magistrate Judge Ray Kent (bjg) Modified text on 10/31/2024 (bjg) (Entered: 10/29/2024) |

| 10/29/2024 | 47 | JOINT MOTION for protective order by USA as to Jarell Daivon Williams (Attachments: # 1 Proposed Order) (Reust, Davin) (Entered: 10/29/2024) |
|---|---|---|
| 10/29/2024 | 48 | JOINT MOTION for protective order by USA as to Johnathan Demetrius Green (Attachments: # 1 Proposed Order) (Reust, Davin) (Entered: 10/29/2024) |
| 10/29/2024 | 49 | JOINT MOTION for protective order by USA as to Brian Keith Coldmon, Jr (Attachments: # 1 Proposed Order) (Reust, Davin) (Entered: 10/29/2024) |
| 10/29/2024 | 50 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Brian Keith Coldmon, Jr (Fabian, Pavol) (Entered: 10/29/2024) |
| 10/31/2024 | 61 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant Brian Keith Coldmon, Jr: signed by Magistrate Judge Ray Kent (fhw) (Entered: 10/31/2024) |
| 10/31/2024 | 62 | ORDER granting motion for protective order 48 as to Johnathan Demetrius Green (1) ; signed by Judge Robert J. Jonker (elam) (Entered: 10/31/2024) |
| 10/31/2024 | 63 | ORDER granting motion for protective order 49 as to Brian Keith Coldmon Jr. (5); signed by Judge Robert J. Jonker (elam) (Entered: 10/31/2024) |
| 10/31/2024 | 64 | ORDER granting motion for protective order 47 as to Jarell Daivon Williams (2) ; signed by Judge Robert J. Jonker (elam) (Entered: 10/31/2024) |
| 10/31/2024 | 65 | MINUTES of FIRST APPEARANCE, ARRAIGNMENT, INITIAL PRETRIAL CONFERENCE and DETENTION hearing of defendant Brian Keith Coldmon, Jr. (5) held before Magistrate Judge Ray Kent; defendant plead not guilty to Count 1 of the indictment; defendant released on bond issued out of the Northern District of Georgia [15-3] and [15-4] (Proceedings Digitally Recorded)(bjg) (Entered: 10/31/2024) |
| 10/31/2024 | 66 | DEFENDANT'S RIGHTS as to defendant Brian Keith Coldmon, Jr (bjg) (Entered: 10/31/2024) |
| 10/31/2024 | 67 | ORDER as to defendant Brian Keith Coldmon, Jr. re Rule 5(f); signed by Magistrate Judge Ray Kent (bjg) (Entered: 10/31/2024) |
| 10/31/2024 | 68 | ORDER modifying conditions of bond as to defendant Brian Keith Coldmon, Jr.; signed by Magistrate Judge Ray Kent (bjg) (Entered: 10/31/2024) |
| 11/01/2024 | 69 | ORDER SETTING PRETRIAL AND JURY TRIAL as to defendants Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr: final pretrial conference set for 12/17/2024 at 04:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; jury trial set for 1/7/2025 at 08:30 AM at 235 Federal Building, Marquette, MI before Judge Robert J. Jonker; signed by Judge Robert J. Jonker (sjc) (Entered: 11/01/2024) |
| 11/04/2024 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Daniel Y. Mekaru for USA [Attorney Daniel Y. Mekaru added to party USA(pty:pla)] (Mekaru, Daniel) (Entered: 11/04/2024) |
| 11/12/2024 | 70 | PLEA AGREEMENT as to Dinsimore Guyton Robinson (Reust, Davin) (Entered: 11/12/2024) |
| 12/02/2024 | 71 | MOTION for ends of justice continuance *with Brief in Support* by Brian Keith Coldmon, Jr (Fabian, Pavol) (Entered: 12/02/2024) |
| 12/02/2024 | 72 | CERTIFICATE regarding compliance with LCrimR 12.4 by Brian Keith Coldmon, Jr re MOTION for ends of justice continuance *with Brief in Support* 71 (Fabian, Pavol) (Entered: 12/02/2024) |

| 12/02/2024 | 73 | CONSENT TO ADJOURNMENT/WAIVER of Speedy Trial by Brian Keith Coldmon, Jr (Fabian, Pavol) (Entered: 12/02/2024) |
|---|---|---|
| 12/02/2024 | 74 | NOTICE *of Withdrawal of Appearance* by USA as to Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr (Reust, Davin) (Entered: 12/02/2024) |
| 12/03/2024 | 75 | NOTICE as to Dinsimore Guyton Robinson: change of plea hearing is set for 1/22/2025 at 11:00 AM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker (sjc) (Entered: 12/03/2024) |
| 12/03/2024 | 76 | NOTICE that the court will that the court will delay issuance of a ruling on Brian Keith Coldmon, Jr.'s motion for ends of justice continuance 71 until such time as defendants file a consent or an objection to the motion; responses due by 12/6/2024 (sjc) (Entered: 12/03/2024) |
| 12/04/2024 | 77 | MOTION for ends of justice continuance by Johnathan Demetrius Green (Attachments: # 1 Scanned Paper Document Added Waiver of Right to a Speedy Trial) (Mitchell, Paul) (Entered: 12/04/2024) |
| 12/04/2024 | 78 | CERTIFICATE regarding compliance with LCrimR 12.4 by Johnathan Demetrius Green re MOTION for ends of justice continuance 77 (Mitchell, Paul) (Entered: 12/04/2024) |
| 12/04/2024 | 79 | MOTION for joinder *in Ends of Justice Continuance* by Jarell Daivon Williams (Fagan, Daniel) (Entered: 12/04/2024) |
| 12/04/2024 | 80 | CERTIFICATE regarding compliance with LCrimR 12.4 by Jarell Daivon Williams re MOTION for joinder *in Ends of Justice Continuance* 79 (Fagan, Daniel) (Entered: 12/04/2024) |
| 12/04/2024 | 81 | CONSENT TO ADJOURNMENT/WAIVER of Speedy Trial by Jarell Daivon Williams (Fagan, Daniel) (Entered: 12/04/2024) |
| 12/06/2024 | 82 | CONSENT TO ADJOURNMENT/WAIVER of Speedy Trial by Kendall Ormond London, Jr (Fiorletta, J.) (Entered: 12/06/2024) |
| 12/06/2024 | 83 | CONSENT TO ADJOURNMENT/WAIVER of Speedy Trial by Kendall Ormond London, Jr (Fiorletta, J.) (Entered: 12/06/2024) |
| 12/06/2024 |  | MOTION for ends of justice continuance *(as taken from 83 )* by Kendall Ormond London, Jr (ns) (Entered: 12/06/2024) |
| 12/10/2024 | 84 | ORDER TO CONTINUE - ends of justice continuance as to defendant Johnathan Demetrius Green, Jarell Daivon Williams, Dinsimore Guyton Robinson, Kendall Ormond London, Jr, Brian Keith Coldmon, Jr jury trial set for 4/29/2025 at 08:30 AM at 235 Federal Building, Marquette, MI before Judge Robert J. Jonker; final pretrial conference set for 4/14/2025 at 02:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; dispositive motions due by 3/1/2025; signed by Judge Robert J. Jonker (elam) (Entered: 12/10/2024) |
| 12/18/2024 | 85 | (RESTRICTED ACCESS) PRETRIAL NOTICE TO THE COURT of bond violation by Brian Keith Coldmon, Jr [Access to this document is available to the Court and attorney(s) for USA, Brian Keith Coldmon, Jr only], USPO Schultz, Benjamin) (Entered: 12/18/2024) |
| 01/22/2025 | 86 | MINUTES of CHANGE OF PLEA as to defendant Dinsimore Guyton Robinson held before Judge Robert J. Jonker: defendant plead guilty to count 1 of the indictment (Court Reporter: Paul Brandell) (sjc) (Entered: 01/22/2025) |

| 01/22/2025 | 87 | NOTICE as to defendant Dinsimore Guyton Robinson: sentencing set for 4/24/2025 at 03:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; defense counsel should review the underline obligations section of the WDMI website (sjc) (Entered: 01/22/2025) |
|---|---|---|
| 01/22/2025 | 88 | NOTICE rescheduling hearing as to Dinsimore Guyton Robinson that was previously set for 4/24/25: sentencing set for 6/12/2025 at 03:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; defense counsel should review the obligations section of the WDMI website (sjc) (Entered: 01/22/2025) |
| 03/12/2025 | 89 | PLEA AGREEMENT as to Brian Keith Coldmon, Jr (Mekaru, Daniel) (Entered: 03/12/2025) |
| 03/13/2025 | 90 | NOTICE as to Brian Keith Coldmon, Jr: change of plea hearing is set for 3/28/2025 at 11:00 AM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker (sjc) (Entered: 03/13/2025) |
| 03/17/2025 | 91 | PLEA AGREEMENT as to Kendall Ormond London, Jr (Mekaru, Daniel) (Entered: 03/17/2025) |
| 03/17/2025 | 92 | NOTICE as to Kendall Ormond London, Jr: change of plea hearing is set for 3/26/2025 at 11:00 AM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker (sjc) (Entered: 03/17/2025) |
| 03/21/2025 | 93 | NOTICE as to Johnathan Demetrius Green: change of plea hearing is set for 3/31/2025 at 10:45 AM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker (sjc) (Entered: 03/21/2025) |
| 03/21/2025 | 94 | NOTICE as to Jarell Daivon Williams: change of plea hearing is set for 4/2/2025 at 10:00 AM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker (sjc) (Entered: 03/21/2025) |
| 03/26/2025 | 95 | MINUTES of CHANGE OF PLEA as to defendant Kendall Ormond London, Jr. (4) held before Judge Robert J. Jonker: defendant plead guilty to Count 1 of the indictment (Court Reporter: Paul Brandell) (sjc) (Entered: 03/26/2025) |
| 03/26/2025 | 96 | NOTICE as to defendant Kendall Ormond London, Jr.: sentencing set for 7/21/2025 at 02:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; defense counsel should review the obligations section of the WDMI website (sjc) (Entered: 03/26/2025) |
| 03/27/2025 | 97 | NOTICE rescheduling hearing as to Brian Keith Coldmon, Jr that was previously set for the same date and time; change of plea hearing is set for 3/28/2025 at 11:00 AM at 650 Federal Building, Grand Rapids, MI before Magistrate Judge Sally J. Berens (jln) (Entered: 03/27/2025) |
| 03/28/2025 | 98 | MINUTES of CHANGE OF PLEA as to defendant Brian Keith Coldmon, Jr held before Magistrate Judge Sally J. Berens; defendant plead guilty to the Indictment; continued on bond (Proceedings Digitally Recorded) (jln) (Entered: 03/28/2025) |
| 03/28/2025 | 99 | CONSENT between defendant Brian Keith Coldmon, Jr and counsel allowing Magistrate Judge to preside over guilty plea hearing (jln) (Entered: 03/28/2025) |
| 03/28/2025 | 100 | REPORT AND RECOMMENDATION that the guilty plea of Brian Keith Coldmon, Jr as to the Indictment be accepted; objections to R&R due within 14 days; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 03/28/2025) |
| 03/31/2025 | 101 | (DISREGARD) MINUTES of CHANGE OF PLEA held before Judge Robert J. Jonker as to defendant Johnathan Demetrius Green: defendant failed to appear; order to show cause |

| | | |
|---|---|---|
| | | to enter (Court Reporter: Paul Brandell) (dcb) Modified text on 3/31/2025; incorrect type of hearing listed on minutes; disregarded under the directive of Chambers (mlc) (Entered: 03/31/2025) |
| 03/31/2025 | 102 | ORDER TO SHOW CAUSE as to Johnathan Demetrius Green show cause hearing set for 4/2/2025 at 01:00 PM at Grand Rapids, MI before Magistrate Judge Phillip J. Green; signed by Judge Robert J. Jonker (dcb) (Entered: 03/31/2025) |
| 03/31/2025 | 103 | CORRECTED MINUTES of omnibus hearing as to defendant Johnathan Demetrius Green held before Judge Robert J. Jonker; date and time set for change of plea hearing; to be rescheduled; order to show cause to enter (Court Reporter: Paul Brandell) (sjc) Modified text on 3/31/2025; this document replaces 101 (mlc) (Entered: 03/31/2025) |
| 04/01/2025 | 104 | PLEA AGREEMENT as to Jarell Daivon Williams (Mekaru, Daniel) (Entered: 04/01/2025) |
| 04/02/2025 | 105 | MINUTES of CHANGE OF PLEA as to defendant Jarell Daivon Williams held before Judge Robert J. Jonker: defendant plead guilty to Count 1 of the indictment (Court Reporter: Paul Brandell) (sjc) (Entered: 04/02/2025) |
| 04/02/2025 | 106 | NOTICE as to defendant Jarell Daivon Williams: sentencing set for 8/8/2025 at 02:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; defense counsel should review the obligations section of the WDMI website (sjc) (Entered: 04/02/2025) |
| 04/02/2025 | 107 | MINUTES held before Magistrate Judge Phillip J. Green of show cause hearing as to defendant Johnathan Demetrius Green and CHANGE OF PLEA as to defendant Johnathan Demetrius Green; Defendant pleaded guilty to the Indictment; Defendant continued on bond (Proceedings Digitally Recorded) (ald) (Entered: 04/02/2025) |
| 04/02/2025 | 108 | CONSENT between defendant Johnathan Demetrius Green and counsel allowing Magistrate Judge to preside over guilty plea hearing (ald) (Entered: 04/02/2025) |
| 04/02/2025 | 109 | ORDER as to defendant Johnathan Demetrius Green re 102 Order to Show Cause; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 04/02/2025) |
| 04/02/2025 | 110 | REPORT AND RECOMMENDATION that the guilty plea of Johnathan Demetrius Green as to the Indictment be accepted; objections to R&R due within 14 days; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 04/02/2025) |
| 04/14/2025 | 111 | ORDER ADOPTING REPORT AND RECOMMENDATION 100 as to Brian Keith Coldmon, Jr.; signed by Judge Robert J. Jonker (sjc) (Entered: 04/14/2025) |
| 04/14/2025 | 112 | NOTICE as to defendant Brian Keith Coldmon, Jr: sentencing set for 7/21/2025 at 03:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; defense counsel should review the obligations section of the WDMI website (sjc) (Entered: 04/14/2025) |
| 04/16/2025 | 113 | NOTICE *Joint Notice of Errata* by USA as to Brian Keith Coldmon, Jr re Plea Agreement 89 (Mekaru, Daniel) (Entered: 04/16/2025) |
| 04/18/2025 | 114 | ORDER ADOPTING REPORT AND RECOMMENDATION 110 as to Johnathan Demetrius Green; defendant remains on bond pending sentencing scheduled for 8/08/2025 at 3:00 PM in Grand Rapids, Michigan; signed by Judge Robert J. Jonker (elam) (Entered: 04/18/2025) |
| 04/21/2025 | 115 | NOTICE as to defendant Johnathan Demetrius Green: sentencing set for 8/8/2025 at 03:00 PM at 699 Federal Building, Grand Rapids, MI before Judge Robert J. Jonker; |

| | | |
|---|---|---|
| | | defense counsel should review the <u>obligations</u> section of the WDMI website (sjc) (Entered: 04/21/2025) |
| 04/22/2025 | <u>116</u> | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to Dinsimore Guyton Robinson ; an objection meeting, if necessary, is scheduled for May 8, 2025, at 9:30 a.m., via telephone, with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Dinsimore Guyton Robinson only], USPO Jackson, Jordan) (Entered: 04/22/2025) |
| 05/08/2025 | | (NON-DOCUMENT) ORDER REFERRING as to defendant Johnathan Demetrius Green to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A); signed by Judge Robert J. Jonker (sjc) (Entered: 05/08/2025) |
| 05/08/2025 | <u>118</u> | PETITION and ORDER regarding conditions of pretrial release as to defendant Johnathan Demetrius Green that the bond and/or conditions of release are modified as requested; signed by Magistrate Judge Ray Kent (bjg) (Entered: 05/08/2025) |
| 05/09/2025 | <u>119</u> | (RESTRICTED ACCESS) PRETRIAL NOTICE TO THE COURT of bond violation by Jarell Daivon Williams [Access to this document is available to the Court and attorney(s) for USA, Jarell Daivon Williams only], USPO Snow, Kris) (Entered: 05/09/2025) |
| 05/15/2025 | | (NON-DOCUMENT) ORDER REFERRING as to defendant Johnathan Demetrius Green to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A); signed by Judge Robert J. Jonker (sjc) (Entered: 05/15/2025) |
| 05/16/2025 | <u>123</u> | MOTION for an Order of Forfeiture for a Money Judgment by USA as to Dinsimore Guyton Robinson (Attachments: # <u>1</u> Proposed Order) (McGraw, Daniel); Modified text on 5/19/2025 (pjw) (Entered: 05/16/2025) |
| 05/22/2025 | <u>124</u> | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Dinsimore Guyton Robinson [Access to this document is available to the Court and attorney(s) for USA, Dinsimore Guyton Robinson only], USPO Jackson, Jordan) (Entered: 05/22/2025) |
| 05/27/2025 | <u>125</u> | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to Brian Keith Coldmon, Jr ; an objection meeting, if necessary, is scheduled for June 11, 2025, at 9:00 a.m., via telephone, with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Brian Keith Coldmon, Jr only], USPO Jackson, Jordan) (Entered: 05/27/2025) |
| 05/28/2025 | <u>126</u> | MOTION for downward departure under 5K1.1 by USA as to Dinsimore Guyton Robinson (Mekaru, Daniel) (Entered: 05/28/2025) |
| 05/28/2025 | <u>127</u> | BRIEF in support by USA as to Dinsimore Guyton Robinson re MOTION for downward departure under 5K1.1 <u>126</u> (Mekaru, Daniel) (Entered: 05/28/2025) |
| 05/29/2025 | <u>128</u> | (RESTRICTED ACCESS) MOTION by USA *for Leave to File Under Restricted Access* [Access to this document is available to the Court and attorney(s) for USA, Dinsimore Guyton Robinson only] (Attachments: # <u>1</u> Proposed Order) (Mekaru, Daniel) Modified text on 5/30/2025 (ems). (Entered: 05/29/2025) |
| 05/29/2025 | <u>129</u> | (RESTRICTED ACCESS) DOCUMENT by USA *of certificate of concurrence* [Access to this document is available to the Court and attorney(s) for USA, Dinsimore Guyton Robinson only] (Mekaru, Daniel) Modified text on 5/30/2025 (ems). (Entered: 05/29/2025) |
| 05/29/2025 | <u>130</u> | MEMORANDUM re restitution filed by USA (Attachments: # <u>1</u> Attachment 1, # <u>2</u> Attachment 2 [Access to attachment documents are available to the Court and attorney(s) for USA, Dinsimore Guyton Robinson only]) (Mekaru, Daniel) Modified text on |

| | | |
|---|---|---|
| | | 5/30/2025 (ems) Modified access and text on 6/5/2025 per Order 136 (eod) (Entered: 05/29/2025) |
| 05/30/2025 | 131 | (RESTRICTED ACCESS) PRETRIAL NOTICE TO THE COURT of bond violation by Brian Keith Coldmon, Jr [Access to this document is available to the Court and attorney(s) for USA, Brian Keith Coldmon, Jr only], USPO Schultz, Benjamin) (Entered: 05/30/2025) |
| 05/30/2025 | 132 | MOTION for forfeiture of property *for a Money Judgment* by USA as to Brian Keith Coldmon, Jr (Attachments: # 1 Proposed Order) (McGraw, Daniel) Modified text on 5/30/2025 (ems). (Entered: 05/30/2025) |
| 05/30/2025 | 133 | MOTION for forfeiture of property *for a Money Judgment* by USA as to Kendall Ormond London, Jr (Attachments: # 1 Proposed Order) (McGraw, Daniel) Modified text on 5/30/2025 (ems). (Entered: 05/30/2025) |
| 06/02/2025 | 134 | MOTION for an Order of Forfeiture for a Money Judgment by USA as to Jarell Daivon Williams (Attachments: # 1 Proposed Order) (McGraw, Daniel) Modified text on 6/2/2025 (eod) (Entered: 06/02/2025) |
| 06/02/2025 | 135 | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to Kendall Ormond London, Jr ; an objection meeting, if necessary, is scheduled for June 17, 2025, at 2:00 p.m., via telephone, with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Kendall Ormond London, Jr only], USPO Jackson, Jordan) (Entered: 06/02/2025) |
| 06/04/2025 | 136 | ORDER as to defendant Dinsimore Guyton Robinson re RESTRICTED ACCESS MOTION by USA; GRANTED IN PART and DENIED IN PART; Clerk of Court shall file the Government's redacted restitution memorandum on the public docket; the attachments (1 and 2) shall remain under restricted access; signed by Judge Robert J. Jonker (elam) (Entered: 06/04/2025) |
| 06/05/2025 | 137 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 125 by USA [Access to this document is available to the Court and attorney(s) for USA, Brian Keith Coldmon, Jr only] (Mekaru, Daniel) (Entered: 06/05/2025) |
| 06/05/2025 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Meagan D. Johnson for USA [Attorney Meagan D. Johnson added to party USA(pty:pla)] (Johnson, Meagan) (Entered: 06/05/2025) |
| 06/05/2025 | 138 | JOINT MOTION regarding financial obligations of defendant *to authorize clerk to accept pre-judgment payments* by USA as to Jarell Daivon Williams (Attachments: # 1 Proposed Order) (Johnson, Meagan) (Entered: 06/05/2025) |
| 06/05/2025 | 139 | SENTENCING MEMORANDUM by Dinsimore Guyton Robinson (Attachments: # 1 Exhibit Letters in Suppor and Dinsimore Robinson Letter) (Schulman, Sanford) Modified text on 6/6/2025 (eod) (Entered: 06/05/2025) |
| 06/09/2025 | 140 | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to Johnathan Demetrius Green ; an objection meeting, if necessary, is scheduled for June 25, 2025, at 10:00 a.m., via telephone, with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only], USPO Jackson, Jordan) (Entered: 06/09/2025) |
| 06/09/2025 | 141 | (DISREGARD) ORDER granting motion regarding financial obligations of defendant 138 as to Jarell Daivon Williams (2) ; signed by Judge Robert J. Jonker (elam) Modified text on 6/10/2025 per chambers (eod) (Entered: 06/09/2025) |

| 06/09/2025 | 142 | CORRECTED ORDER as to defendant Jarell Daivon Williams re 141 Order Regarding Financial Obligations of Defendant to authorize clerk to accept pre-judgment payments; division and defendant number corrected; signed by Judge Robert J. Jonker (elam) (Entered: 06/10/2025) |
| --- | --- | --- |
| 06/10/2025 | | (NON-DOCUMENT) NOTICE that Order Regarding Financial Obligations of Defendant 141 was filed in error as to Jarell Daivon Williams and should be disregarded; caption contained the wrong division and defendant case number (elam) (Entered: 06/10/2025) |
| 06/12/2025 | 145 | MINUTES of SENTENCING for Dinsimore Guyton Robinson (3) held before Judge Robert J. Jonker: Count 1, 3 years probation, $47,523.78 restitution, special assessment $100.00; defendant advised of right to appeal (Court Reporter: Paul Brandell) (sjc) (Entered: 06/16/2025) |
| 06/13/2025 | 143 | PROPOSED ORDER re 123 *Amended Proposed Order or Forfeiture for a Money Judgment* by USA as to Dinsimore Guyton Robinson (McGraw, Daniel) (Entered: 06/13/2025) |
| 06/13/2025 | 144 | ORDER granting proposed order 143 as to Dinsimore Guyton Robinson (3) ; signed by Judge Robert J. Jonker (elam) (Entered: 06/13/2025) |
| 06/16/2025 | 146 | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to Jarell Daivon Williams ; an objection meeting, if necessary, is scheduled for July 2, 2025, at 2:00 p.m., via telephone, with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Jarell Daivon Williams only], USPO Jackson, Jordan) (Entered: 06/16/2025) |
| 06/16/2025 | 147 | JUDGMENT as to defendant Dinsimore Guyton Robinson; signed by Judge Robert J. Jonker (sjc) (Entered: 06/16/2025) |
| 06/16/2025 | 148 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 147 as to Dinsimore Guyton Robinson [Access to this document is available to the Court and attorney(s) for USA, Dinsimore Guyton Robinson only] (sjc) (Entered: 06/16/2025) |
| 06/17/2025 | 149 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 135 by USA [Access to this document is available to the Court and attorney(s) for USA, Kendall Ormond London, Jr only] (Mekaru, Daniel) (Entered: 06/17/2025) |
| 06/20/2025 | 151 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 140 by USA [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only] (Mekaru, Daniel) (Entered: 06/20/2025) |
| 06/25/2025 | 152 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 140 by defendant [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only] (Mitchell, Paul) (Entered: 06/25/2025) |
| 06/26/2025 | 153 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 146 by USA [Access to this document is available to the Court and attorney(s) for USA, Jarell Daivon Williams only] (Mekaru, Daniel) (Entered: 06/26/2025) |
| 06/30/2025 | 154 | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Brian Keith Coldmon, Jr [Access to this document is available to the Court and attorney(s) for USA, Brian Keith Coldmon, Jr only] (Attachments: # 1 Victim Impact Statement(s), # 2 Victim Impact Statement(s), # 3 Victim Impact Statement(s)), USPO Jackson, Jordan) (Entered: 06/30/2025) |
| 06/30/2025 | 155 | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Kendall Ormond London, Jr [Access to this document is available to the Court and attorney(s) for USA, Kendall Ormond London, Jr only] (Attachments: # 1 Victim Impact Statement(s), # 2 |

| | | |
|---|---|---|
| | | Victim Impact Statement(s), # 3 Victim Impact Statement(s)), USPO Jackson, Jordan) (Entered: 06/30/2025) |
| 07/01/2025 | 156 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 146 by defendant Jarell Daivon Williams [Access to this document is available to the Court and attorney(s) for USA, Jarell Daivon Williams only] (Fagan, Daniel) Modified text and access on 7/2/2025 (Entered: 07/01/2025) |
| 07/03/2025 | 157 | MOTION for downward departure under 5K1.1 by USA as to Kendall Ormond London, Jr, (Mekaru, Daniel) Modified text on 7/3/2025 (pjw) (Entered: 07/03/2025) |
| 07/03/2025 | 158 | BRIEF in support by USA as to Kendall Ormond London, Jr re MOTION for downward departure under 5K1.1 157 (Mekaru, Daniel) Modified text on 7/3/2025 (pjw) (Entered: 07/03/2025) |
| 07/03/2025 | 159 | MOTION for downward departure under 5K1.1 by USA as to Brian Keith Coldmon, Jr (Mekaru, Daniel) Modified text on 7/3/2025 (pjw) (Entered: 07/03/2025) |
| 07/03/2025 | 160 | BRIEF in support by USA as to Brian Keith Coldmon, Jr re MOTION for downward departure under 5K1.1 159 (Mekaru, Daniel) Modified text on 7/3/2025 (pjw) (Entered: 07/03/2025) |
| 07/07/2025 | 161 | AMENDED MOTION for downward departure under 5K1.1 by USA as to Kendall Ormond London, Jr (this entry replaces 157 ) (Mekaru, Daniel) Modified text on 7/7/2025 (pjw) (Entered: 07/07/2025) |
| 07/07/2025 | 162 | AMENDED MOTION for downward departure under 5K1.1 by USA as to Brian Keith Coldmon, Jr (this entry replaces 159 ) (Mekaru, Daniel); Modified text on 7/7/2025 (pjw) (Entered: 07/07/2025) |
| 07/07/2025 | 163 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 135 by defendant *Kendall Ormond London, Jr.* [Access to this document is available to the Court and attorney(s) for USA only] (Fiorletta, J.) (Entered: 07/07/2025) |
| 07/07/2025 | 164 | MOTION for variance under 18 U.S.C. 3553(a) by Brian Keith Coldmon, Jr (Fabian, Pavol) (Entered: 07/07/2025) |
| 07/07/2025 | 165 | CERTIFICATE regarding compliance with LCrimR 12.4 by Brian Keith Coldmon, Jr re MOTION for variance under 18 U.S.C. 3553(a) 164 (Fabian, Pavol) (Entered: 07/07/2025) |
| 07/08/2025 | 166 | SENTENCING MEMORANDUM by Brian Keith Coldmon, Jr (Fabian, Pavol) (Entered: 07/08/2025) |
| 07/10/2025 | 167 | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Jarell Daivon Williams [Access to this document is available to the Court and attorney(s) for USA, Jarell Daivon Williams only] (Attachments: # 1 Victim Impact Statement(s), # 2 Victim Impact Statement(s), # 3 Victim Impact Statement(s)), USPO Jackson, Jordan) (Entered: 07/10/2025) |
| 07/10/2025 | 168 | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Johnathan Demetrius Green [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only] (Attachments: # 1 Victim Impact Statement(s), # 2 Victim Impact Statement(s)), USPO Jackson, Jordan) (Entered: 07/10/2025) |
| 07/14/2025 | 169 | (RESTRICTED ACCESS) PRETRIAL NOTICE TO THE COURT of bond violation by Kendall Ormond London, Jr [Access to this document is available to the Court and attorney(s) for USA, Kendall Ormond London, Jr only] (USPO Kristina Snow, USPO Martinez, Natalie) (Entered: 07/14/2025) |

| 07/16/2025 | 170 | MOTION for downward departure under 5K1.1 by USA as to Jarell Daivon Williams (Mekaru, Daniel) (Entered: 07/16/2025) |
|---|---|---|
| 07/16/2025 | 171 | BRIEF in support by USA as to Jarell Daivon Williams re MOTION for downward departure under 5K1.1 170 (Mekaru, Daniel) (Entered: 07/16/2025) |
| 07/16/2025 | 172 | SENTENCING MEMORANDUM by Kendall Ormond London, Jr (Fiorletta, J.) (Entered: 07/16/2025) |
| 07/17/2025 | 173 | SENTENCING MEMORANDUM by Jarell Daivon Williams (Fagan, Daniel) (Entered: 07/17/2025) |
| 07/18/2025 | 174 | RULE 5 DOCUMENTS received from Northern District of Georgia (Atlanta) as to defendant Johnathan Demetrius Green (Attachments: # 1 Commitment to Another District, # 2 Order of Detention Pending Trial, # 3 Waiver of Rule 5 and Rule 5.1 Hearing, # 4 Minute Sheet) (pjw) Modified text on 7/18/2025 (pjw) (Entered: 07/18/2025) |
| 07/21/2025 | 175 | MINUTES of SENTENCING for Kendall Ormond London, Jr. (4) held before Judge Robert J. Jonker: Count 1, 2 years probation, $49,123.78 restitution, special assessment $100.00; defendant advised of right to appeal (Court Reporter: Paul Brandell) (sjc) (Entered: 07/21/2025) |
| 07/21/2025 | 180 | MINUTES of SENTENCING for Brian Keith Coldmon, Jr. (5), Count 1, 2 years probation, $49,123.78 restitution, special assessment $100.00; defendant advised of right to appeal; held before Judge Robert J. Jonker (Court Reporter: Paul Brandell) (sjc) (Entered: 07/22/2025) |
| 07/22/2025 | 176 | JUDGMENT as to defendant Kendall Ormond London, Jr.; signed by Judge Robert J. Jonker (sjc) (Entered: 07/22/2025) |
| 07/22/2025 | 177 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 176 as to Kendall Ormond London, Jr [Access to this document is available to the Court and attorney(s) for USA, Kendall Ormond London, Jr only] (sjc) (Entered: 07/22/2025) |
| 07/22/2025 | 178 | ORDER for Forfeiture for Money Judgment granting motion for forfeiture of property 133 as to Kendall Ormond London Jr. (4); signed by Judge Robert J. Jonker (sjc) Modified text on 7/22/2025 (pjw) (Entered: 07/22/2025) |
| 07/22/2025 | 181 | JUDGMENT as to defendant Brian Keith Coldmon, Jr; signed by Judge Robert J. Jonker (elam) (Entered: 07/22/2025) |
| 07/22/2025 | 182 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 181 as to Brian Keith Coldmon, Jr [Access to this document is available to the Court and attorney(s) for USA, Brian Keith Coldmon, Jr only] (elam) (Entered: 07/22/2025) |
| 07/25/2025 | 184 | CHARACTER REFERENCE LETTER(S) *A. C.* re Jarell Daivon Williams (Attachments: # 1 Attachment K.B. Character Letter, # 2 Attachment D.W. II Character Letter, # 3 Attachment D. D. Character Letter, # 4 Attachment J. D. Character Letter, # 5 Attachment J. W. Character Letter, # 6 Attachment K. T. Character Letter, # 7 Attachment L. D. Character Letter, # 8 Attachment M. W. Character Letter, # 9 Attachment P. C. Character Letter, # 10 Attachment T. G. Character Letter) (Fagan, Daniel) (Entered: 07/25/2025) |
| 07/29/2025 | 185 | ORDER of FORFEITURE for a MONEY JUDGMENT as to Brian Keith Coldmon, Jr. re 132 ; signed by Judge Robert J. Jonker (elam) Modified on 7/29/2025 (elam). Modified text on 7/29/2025 (ems). (Entered: 07/29/2025) |
| 07/30/2025 | 186 | CHARACTER REFERENCE LETTER(S) *J. W.* re Jarell Daivon Williams (Fagan, Daniel) (Entered: 07/30/2025) |

| 07/30/2025 | 187 | MINUTES of FIRST APPEARANCE RE BOND VIOLATION for defendant Johnathan Demetrius Green held before Magistrate Judge Ray Kent; defendant appeared with court-appointed counsel; defendant remanded to custody of USM pending a bond revocation hearing before the magistrate judge (Proceedings Digitally Recorded) (klb) (Entered: 07/30/2025) |
|---|---|---|
| 07/30/2025 | 188 | NOTICE OF HEARING as to Johnathan Demetrius Green: bond revocation hearing is set for 8/4/2025 at 03:30 PM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (klb) (Entered: 07/30/2025) |
| 07/31/2025 | 189 | NOTICE CANCELLING HEARING as to Johnathan Demetrius Green: sentencing set for 8/8/25 to be rescheduled; date to be determined (sjc) (Entered: 07/31/2025) |
| 08/04/2025 | 190 | CHARACTER REFERENCE LETTER(S) *ALISON CERTIFICATE* re Jarell Daivon Williams (Fagan, Daniel) (Entered: 08/04/2025) |
| 08/04/2025 | 191 | MINUTES of BOND REVOCATION hearing as to defendant Johnathan Demetrius Green held before Magistrate Judge Ray Kent; defendant appeared with counsel and consented to detention; petition is dismissed and order to issue; defendant remanded to custody of USM pending further proceedings before the district judge(Proceedings Digitally Recorded) (klb) (Entered: 08/05/2025) |
| 08/04/2025 | 192 | ORDER regarding bond and consenting to detention as to defendant Johnathan Demetrius Green; signed by Magistrate Judge Ray Kent (klb) (Entered: 08/05/2025) |
| 08/08/2025 | 193 | MINUTES of SENTENCING for Jarell Daivon Williams (2) held before Judge Robert J. Jonker; Count 1, 3 years probation, $49,123.78 restitution, special assessment $100.00; defendant advised of right to appeal (Court Reporter: Paul Brandell) (sjc) (Entered: 08/11/2025) |
| 08/11/2025 | 194 | JUDGMENT as to defendant Jarell Daivon Williams ; signed by Judge Robert J. Jonker (elam) (Entered: 08/11/2025) |
| 08/11/2025 | 195 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 194 as to Jarell Daivon Williams [Access to this document is available to the Court and attorney(s) for USA, Jarell Daivon Williams only] (elam) (Entered: 08/11/2025) |
| 08/11/2025 | 196 | ORDER granting motion for forfeiture of property 134 as to Jarell Daivon Williams (2) ; signed by Judge Robert J. Jonker (elam) (Entered: 08/11/2025) |
| 08/22/2025 | 197 | (RESTRICTED ACCESS) AMENDED INITIAL PRESENCE REPORT as to Johnathan Demetrius Green ; an objection meeting, if necessary, is scheduled for September 8, 2025, at 3:00 p.m., via telephone, with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only], USPO Jackson, Jordan) Modified text on 8/25/2025 (ems). (Entered: 08/22/2025) |
| 08/29/2025 | 198 | NOTICE as to defendant Johnathan Demetrius Green: sentencing set for 11/4/2025 at 03:00 PM at 235 Federal Building, Marquette, MI before Judge Robert J. Jonker; defense counsel should review the obligations section of the WDMI website (sjc) (Entered: 08/29/2025) |
| 09/08/2025 | 199 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 197 by USA [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only] (Mekaru, Daniel) (Entered: 09/08/2025) |

| 09/12/2025 | 200 | MOTION for forfeiture of property *for an Order of Forfeiture for a Money Judgment* by USA as to Johnathan Demetrius Green (Attachments: # 1 Proposed Order) (McGraw, Daniel) Modified text on 9/15/2025 (ems). (Entered: 09/12/2025) |
|---|---|---|
| 10/07/2025 | 201 | MOTION for extension of time to file *Motion for Variance and Sentencing Memorandum* by Johnathan Demetrius Green (Mitchell, Paul) (Entered: 10/07/2025) |
| 10/07/2025 | 202 | CERTIFICATE regarding compliance with LCrimR 12.4 by Johnathan Demetrius Green re MOTION for extension of time to file *Motion for Variance and Sentencing Memorandum* 201 (Mitchell, Paul) (Entered: 10/07/2025) |
| 10/09/2025 | 203 | ORDER granting motion for extension of time to file 201 as to Johnathan Demetrius Green (1); extended to 10/28/2025 ; signed by Judge Robert J. Jonker (elam) (Entered: 10/09/2025) |
| 10/09/2025 | 204 | (RESTRICTED ACCESS) AMENDED FINAL PRESENTENCE REPORT as to Johnathan Demetrius Green [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only] (Attachments: # 1 Victim Impact Statement(s)), USPO Jackson, Jordan) Modified text on 10/10/2025 (ems). (Entered: 10/09/2025) |
| 10/21/2025 | 205 | PROPOSED MOTION for extension of time to file *Restitution Memorandum* by USA as to Johnathan Demetrius Green (Attachments: # 1 Proposed Order) (Johnson, Meagan) (Entered: 10/21/2025) |
| 10/23/2025 | 206 | ORDER granting motion for extension of time to file 205 as to Johnathan Demetrius Green (1); seven additional days granted for filing of restitution memo ; signed by Judge Robert J. Jonker (elam) (Entered: 10/23/2025) |
| 10/23/2025 | 207 | SENTENCING MEMORANDUM by USA as to Johnathan Demetrius Green (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Johnson, Meagan) (Entered: 10/23/2025) |
| 10/28/2025 | 208 | SENTENCING MEMORANDUM by Johnathan Demetrius Green (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Mitchell, Paul) Modified text on 10/29/2025 (ems). (Entered: 10/28/2025) |
| 10/31/2025 | 209 | SENTENCING MEMORANDUM by USA as to Johnathan Demetrius Green (Attachments: # 1 Exhibit A) (Johnson, Meagan) (Entered: 10/31/2025) |
| 10/31/2025 | | Remark as to Johnathan Demetrius Green - *The Clerk's Office is in receipt of the digital media (Exhibit B) as outlined in the United States' Response to Defendant's Sentencing Memorandum (ECF No. 209 ). This digital media will be retained as part of the official court record in this case.* (nks) (Entered: 11/03/2025) |
| 11/04/2025 | 210 | MINUTES of SENTENCING for Johnathan Demetrius Green (1) held before Judge Robert J. Jonker: Count 1, 8 months imprisonment, 2 years supervised release, restitution $47,023.78, special assessment $100.00; defendant advised of right to appeal (Court Reporter: Paul Brandell) (sjc) (Entered: 11/05/2025) |
| 11/05/2025 | 211 | JUDGMENT as to defendant Johnathan Demetrius Green ; signed by Judge Robert J. Jonker (elam) (Entered: 11/05/2025) |
| 11/05/2025 | 212 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 211 as to Johnathan Demetrius Green [Access to this document is available to the Court and attorney(s) for USA, Johnathan Demetrius Green only] (elam) (Entered: 11/05/2025) |
| 11/05/2025 | 213 | ORDER granting motion for forfeiture of property 200 as to Johnathan Demetrius Green (1) ; signed by Judge Robert J. Jonker (elam) (Entered: 11/05/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/21/2026 13:12:25 | | | |
| **PACER Login:** | jordanzeitz | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cr-00017-RJJ |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt CJA |